UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

BRYAN ALAN KENNERT,

                                                   **INDICTMENT**

      Defendant.
_____/

The Grand Jury charges:

**COUNTS 1-8**
(Wire Fraud)

Between in or about April 2019 and July 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

**BRYAN ALAN KENNERT**

devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

**MANNER AND MEANS**

As part of the scheme,

1. Kennert obtained fake baseball cards that he represented and sold as real and authentic.

2. Kennert obtained packs of baseball cards that he knew were resealed. Kennert then represented those packs as original, authentic, and not resealed. Kennert sold those packs as original, authentic, and not resealed.

3. Kennert obtained loose baseball cards that he put together and resealed. He then represented those resealed packs as original, authentic, and not resealed. Kennert sold those packs as original, authentic, and not resealed.

4. On or about the dates set forth below, in Muskegon County, in the Southern Division of the Western District of Michigan, and elsewhere,

**BRYAN ALAN KENNERT,**

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate and foreign commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | TRANSMISSION |
|---|---|---|
| 1 | April 17, 2019 | $307.65 payment via Square |
| 2 | April 18, 2019 | $85.50 payment via Square |
| 3 | April 22, 2019 | $3,710.00 payment via Square |
| 4 | May 1, 2019 | $8,480.00 payment via Square |
| 5 | June 9, 2019 | $14,840.00 payment via Square |
| 6 | August 13, 2019 | $12,720.00 payment via Square |
| 7 | September 24, 2019 | $3,180.00 payment via Square |
| 8 | October 30, 2019 | $31.80 payment via Square |

18 U.S.C. § 1343

# FORFEITURE ALLEGATION
(Wire Fraud)

The allegations contained in Counts 1-8 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any of the offenses in violation of 18 U.S.C. § 1343 set forth in Counts 1-8 of this Indictment,

**BRYAN ALAN KENNERT**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violations. The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY: Approximately nine boxes containing sports memorabilia, sports cards, packaging materials, and protective materials, seized from Defendant's residence on July 9, 2021.

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
18 U.S.C. § 1343

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney