# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. BRYAN ALAN KENNERT | | | | DISTRICT JUDGE: Hala Y. Jarbou |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:22-cr-36 | 5/19/2022 | 1:22 PM – 1:39 PM | Lansing | N/A |

## APPEARANCES

| Government: Davin Maitland Reust | Defendant: Joanna Christine Kloet | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment:<br>　__mute　__nolo contendre<br>　__not guilty　__guilty<br>☐ Final Pretrial Conference<br>☐ Detention　(waived __)<br>☐ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☒ Change of Plea<br>☐ Sentencing<br>☐ Trial<br>☐ Other: _____ | ☐ Defendant's Rights<br>☐ Waiver of Indictment<br>☐ Other: _____<br><br>Court to Issue:<br>☐ Order of Detention<br>☒ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other: _____ | Charging Document:<br>　☒ Read　☐ Reading Waived<br>Guilty Plea to Count(s) 1-8<br>of the Indictment<br><br>Count(s) to be dismissed at sentencing:<br>none<br><br>☒ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☒ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☒ No Written Plea Agreement |

## SENTENCING

| | |
|---|---|
| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Sentencing set for 9/13/2022 at 1:00 PM.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** Set for Hearing | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Genevieve Hamlin | **Case Manager:** A. Seymore |