# EXHIBIT 3

# Final Valuation Report

# BASEBALL CARD EXCHANGE

**2412 US HWY. 41**
**Schererville, IN 46375**
**Phone: 219-515-6907**
**www.BBCE.com**

To whom it may concern,

Thank you for contacting Baseball Card Exchange for our opinion on the authenticity of sports cards and memorabilia. Baseball Card Exchange has been in business since 1989 and is the leading authenticator of unopened packs and wax boxes in the world.

After reviewing the items in evidence, we have identified many fake and counterfeits cards. We were also able to identify hundreds of resealed wax packs. The attached report is a detailed list of the counterfeit cards and resealed wax packs as well as their market value if they were genuine. Our report uses verified comparable verified sales/prices from leading auction houses and retail stores in the sports card industry.

If you have any other questions, please feel free to contact us.


Sincerely,

Phil Endris
Baseball Card Exchange
219-515-6907
philendris@bbce.com

# Counterfeit Cards & Resealed Wax Packs

| QTY | ITEM | Price Per Item | Total Price | COMP SALE |
|---|---|---|---|---|
| 10 | 1951 Topps Baseball Double 1c pack | $344 | $3,440 | Ebay |
| 1 | 1952 Topps Baseball Wax Pack | $63,000 | $63,000 | REA Auction |
| 1 | 1962 Topps Baseball Bucks Pack | $550 | $550 | BBCE |
| 1 | 1963 Topps 1c pack | $805 | $805 | Ebay |
| 8 | 1965 Topps Baseball Wax Pack 1c pack | $1,500 | $12,000 | Ebay |
| 2 | 1968 Topps Baseball Wax Pack | $2,800 | $5,600 | BBCE |
| 1 | 1968 Topps Baseball Posters Pack | $300 | $300 | N/A |
| 1 | 1969 Topps Baseball Wax Pack | $4,800 | $4,800 | Heritage |
| 1 | 1973 Topps Baseball Wax Pack | $750 | $750 | BBCE |
| 6 | 1974 Topps Baseball Wax Pack | $500 | $3,000 | Ebay |
| 5 | 1976 Topps Baseball Wax Pack | $375 | $1,875 | Ebay |
| 7 | 1977 Topps Cloth Stickers Wax Pack | $15 | $105 | Ebay |
| 37 | 1978 Topps Baseball Wax Pack | $190 | $7,030 | Ebay |
| 71 | 1979 Topps Baseball Wax Pack | $100 | $7,100 | BBCE |
| 6 | 1961 Fleer Basketball Wax Pack | $13,500 | $81,000 | BBCE |
| 2 | 1970 Topps Basketball Wax Pack | $1,560 | $3,120 | Heritage |
| 3 | 1965 Philadelphia Wax Pack | $1,500 | $4,500 | BBCE |
| 1 | 1968 Topps Football Wax Pack | $2,100 | $2,100 | Heritage |
| 3 | 1970 Topps Football Wax Pack | $850 | $2,550 | Ebay |
| 38 | 1978 Topps Football Wax Pack | $127 | $4,826 | Ebay |
| 11 | 1979 Topps Football Wax Pack | $62 | $682 | Ebay |
| 74 | 1980 Topps Football Wax Pack | $19 | $1,406 | BBCE |
| 22 | 1985 Topps Fotball Wax Pack | $19 | $418 | BBCE |
| 10 | 1977 Topps Hockey Wax Pack | $125 | $1,250 | Ebay |
| 22 | 1978 Topps Hockey Wax Pack | $158 | $3,476 | Ebay |
| 20 | 1979 Topps Hockey Wax Pack | $1,199 | $23,980 | Ebay |

| | Item | | | |
|---|---|---|---|---|
| 10 | 1980 Topps Hockey Wax Pack | $295 | $2,950 | Ebay |
| 1 | 1957 Topps Bill Russell Rookie | $50,412 | $50,412 | VCP |
| 1 | 1984-85 Star Michael Jordan Basketball Card | $30,232 | $30,232 | YES |
| 11 | 1986-87 Fleer Michael Jordan RC Cards | $6,996 | $76,956 | YES |
| 1 | 1986-87 Fleer Kareem Abdul-Jabbar | $112 | $112 | YES |
| 1 | 1981 Topps Joe Montana RC | $354 | $354 | YES |
| 11 | 1966-67 Topps Bobby Orr Rookie | $24,604 | $270,644 | YES |
| 45 | 1979-80 OPC Wayne Gretzky Rookie | $14,101 | $634,545 | YES |
| 2 | 1985 OPC Mario Lemiuex Rookie | $910 | $1,820 | YES |
| 2 | 1986 OPC Patrick Roy RC | $475 | $950 | YES |
| 1 | 1909 Sweet Corporal Ty Cobb Red Portrait (VG) | $4,826 | $4,826 | YES |
| 1 | 1933 Goudey Babe Ruth #149 (VG Condtiion) | $17,471 | $17,471 | YES |
| 1 | 1954 Topps Hank Aaron | $17,243 | $17,243 | YES |
| 1 | 1961 Bazooka Mickey Mantle | $1,440 | $1,440 | YES |
| 1 | 1964 Bazooka Mickey Mantle | $1,690 | $1,690 | YES |
| 1 | 1968 Bazooka Mickey Mantle | $1,300 | $1,300 | YES |
| 1 | 1916 M 101 Babe Ruth #151 NM | $4,000,000 | $4,000,000 | NO |
| 3 | 1916 M 101 Babe Ruth #151 Vg-EX | $500,000 | $1,500,000 | NO |
| 5 | 1916 Sporting News Joe Jackson | $34,800 | $174,000 | YES |
| 1 | 1914 Cracker Jack Joe jackson VG-EX | $240,000 | $240,000 | YES |
| 1 | 1963 Topps Pete Rose | $16,078 | $16,078 | YES |
| 1 | 1933 Sport Kings Ty Cobb VG-EX | $4,554 | $4,554 | YES |
| 1 | 1916 M101 Sporting News Jim Thorpe | $31,070 | $31,070 | Heritage |
| 2 | 1911 T205 Gold Boder Ty Cobb VG-EX | $3,951 | $7,902 | Ebay |
| | | TOTAL | $7,326,212 | |





**Unopened Wax Pack PSA 7 NM** - show original title

PROBSTEIN123 is actively accepting CONSIGNMENTS

PROBSTEIN123
BUY - SELL - CONSIGN

Shop Probstein123 on eBay

Condition : --

Ended : Sep 05, 2022, 9:20PM

Winning bid :
# US
# $344.00

[ 42 bids ]

Add to list ⌄

♡ Save this seller
Contact seller
See other items

Shipping : US $4.50 Standard Shipping |
See details
Located in: Passaic, New Jersey, United States

Delivery : Estimated between **Wed, Sep 14** and
**Fri, Sep 16** to 46368 ⓘ

Returns : Seller does not accept returns. If the
item you received doesn't match the
listing description, your purchase may
be eligible for eBay Money Back
Guarantee if the return request is
made within 3 days from delivery. |
See details

Payments :

*No Interest if paid in full in 6 months on
$99+. | See terms and apply now

Earn up to 5x points when you
use your eBay Mastercard®.
Learn more

Description     Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **385083412078**

## Item specifics

| | | | |
|---|---|---|---|
| Set: | 1951 Topps | Season: | 1951 |
| Grade: | 7 | Type: | Sports Trading Card |
| Manufacturer: | Topps | Sport: | Baseball |
| Professional Grader: | Professional Sports Authenticator (PSA) | Configuration: | Pack |

Robert Edward Auctions - The Premiere Sports Auction House 9/11/22, 4:13 PM

# 1952 Topps Unopened Five-Cent Wax Pack PSA NM-MT 8 - Highest Graded!



**Sold For:** $63,000

Year: 1952

Auction: 2020 summer

Lot #: 8

Auction Category: Featured

Graded NM-MT 8 by PSA. One of only two examples graded at this level with none higher! Presented is one of the "Holy Grails" of pack collecting: an unopened 1952 Topps five-cent wax pack. This is an extraordinary example of this important pack rarity that is universally regarded as the ultimate postwar wax pack. Very few examples ever make their way into the marketplace, and those that do are often in lesser condition, with flaws commonly befalling packs of this vintage, such as tears to the wrapper, a loosened seal, or breaks at the corners. The offered pack has miraculously survived in near-pristine condition, displaying brilliant colors, a tight seal, and magnificent gloss. It is incredible to see this pack today, never-opened and looking almost exactly as it did in 1952 when it originally sat with others in boxes on candy-store shelves. 1952 Topps, of course, is widely regarded as the most significant of all 1950s bubble-gum card sets. In 1952, when these "Giant-Size" Baseball Picture Cards appeared on store shelves, the entire world of card collecting was changed almost overnight. The new large-format cards were enthusiastically received by youngsters, putting Bowman on notice that their "little cards" were no longer the preferred currency of the playground, and set into motion Topps' dominance of the entire baseball card market, which continues to this day. While the series of its contents is unknown, this often comes with the territory with unopened packs, and for many collectors this is also part of their allure and excitement. This is, without a doubt, one of the most impressive unopened packs we have ever had the privilege of offering, and it is one that we are confident will be a worthy addition to even the most advanced 1952 Topps or unopened wax pack collection. An extraordinary example of this most significant wax pack! **Reserve $20,000. Estimate (open).**



Robert Edward Auctions

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent. ×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!

Quick Order     Login     Register     🛒 0



**BASEBALL CARD** *Exchange* (/)

HOME (/)     BASEBALL (/BASEBALL)     BASKETBALL (/BASKETBALL)     FOOTBALL (/FOOTBALL)     HOCKEY (/HOCKEY)     OTHER SPORTS (/OTHER-SPORTS)     🔍

NON-SPORTS (/NON-SPORTS)     SPECIAL (/SPECIAL)     SUPPLIES (/SUPPLIES)     GIFT CERTIFICATES (/GIFT-CERTIFICATES)     BUYING (/BUYING)

Home (/)  -  1962 Topps Baseball Bucks Unopened Wax Pack PSA 8



# 1962 TOPPS BASEBALL BASEBALL BUCKS UNOPENED WAX PACK PSA 8

SKU: BBCE00117

## $550.00

✔ This item is IN STOCK

Current Stock: 2

Quantity

[ 1 ⬍ ]

| ADD TO SHOPPING CART |

| ADD TO WISHLIST |

| ADD TO QUOTE |

🐦  f

Hi Philip!    Daily Deals    Brand Outlet    Help & Contact                          Sell    Watchlist    My eBay

ebay    Shop by category    [Search for anything]    All Categories ▾    Search    Advanced

Back to search results | Listed in category: Sports Memorabilia, Fan Shop & Sports Cards > Sports Trading Cards & Accessories > Sealed Sports Trading Card Packs                Share

---

Bidding has ended on this item.





Click to enlarge

Have one to sell?    Sell now

## 1963 Topps 1 Cent Baseball Wax Pack GAI 8 NM-MT

Condition : **New/Factory Sealed**

Ended: Aug 15, 2022, 3:09PM

Winning bid: **US $805.00**    [ 1 bid ]    Add to list ▾

Shipping: **US $9.99** Standard Shipping | See details
Located in: Lockport, Illinois, United States

Delivery: Estimated between **Wed, Sep 14 and Fri, Sep 16** to 46368 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. |
See details

Payments :

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Seller information
cubal6 (2075)
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Description    Shipping and payments                                                      Report item

Seller assumes all responsibility for this listing.                          eBay item number: **144674989580**

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New/Factory Sealed: A brand-new, unused, unopened, undamaged item (including handmade items). See ... Read more | Sport: | Baseball |
| Type: | Sports Trading Card | Set: | 1963 Topps (Baseball) |
| Configuration: | Pack | Manufacturer: | Topps |
| Season: | 1963 | | |

1965 TOPPS BASEBALL WAX PACK 1 cent PSA 7 NR MINT | eBay   9/11/22, 11:23 AM

Hi Philip!    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist    My eBay

ebay    Shop by category

Search for anything | All Categories ▾ | Search | Advanced







Hover to zoom

Have one to sell? **Sell now**

## 1965 TOPPS BASEBALL WAX PACK 1 cent PSA 7 NR MINT

Condition: **New/Factory Sealed**

Price: **US $1,600.00**

$70 for 24 months with PayPal Credit*

Best Offer:

Buy It Now

Add to cart

Make Offer

Add to Watchlist ▾

Free shipping and returns    Ships from United States    5 watchers

Shipping:  Free 4 day shipping
Get it between **Wed, Sep 14** and **Fri, Sep 16** to 46368 | See details
Located in: Grover, Missouri, United States

Returns:  30 day returns | Seller pays for return shipping | See details

Payments:

*$69.04 for 24 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
salukidon1967 (6262)
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.                    ×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!

Quick Order      Login      Register      🛒 0



**BASEBALL CARD**
*Exchange*

HOME (/)    BASEBALL (/BASEBALL)    BASKETBALL (/BASKETBALL)    FOOTBALL (/FOOTBALL)    HOCKEY (/HOCKEY)    OTHER SPORTS (/OTHER-SPORTS)    🔍

NON-SPORTS (/NON-SPORTS)    SPECIAL (/SPECIAL)    SUPPLIES (/SUPPLIES)    GIFT CERTIFICATES (/GIFT-CERTIFICATES)    BUYING (/BUYING)

Home (/)  -  1968 Topps Baseball 1st Series 5 Cent Wax Pack PSA 8 *3239



# 1968 TOPPS BASEBALL 1ST SERIES 5 CENT WAX PACK PSA 8 *3239

SKU: BBCE15049

## $2,800.00

✔ This item is IN STOCK

Current Stock: 1

Quantity

| 1 ⌃⌄ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦  f



Imaged by Heritage Auctions, HA.com

   

Sold on Jul 19, 2018 for:

## $4,800.00

includes Buyer's Premium (BP)

Bid Source: Mail/Fax bidder

Get one of these:

**View Recent Offers on
Sold Items in this category**

Share this lot



Claim Item:
Sign-in

**Track Item**

**Printable Auction Results**

 

**Add a Note**       **Sell One of These**       **Currency Converter**

📖 **Description**          ⓘ **Auction Info**          ≡ **Guides & Info**

## 📖 Description

**1969 Topps Baseball First Series Wax Pack PSA NM-MT 8.** Offered is a 1st series Topps Baseball 5-cent unopened pack from 1969. The possible stars/HoFers include a dozen different League Leaders, Ernie Banks, Joe Morgan, Roberto Clemente, Al Oliver (rookie), Graig Nettles (rookie), Hank Aaron, Lou Brock and Johnny Bench (2nd year).

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.    ×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!



Quick Order    Login    Register    🛒 0

(/)

# BASEBALL CARD
### Exchange

HOME (/)    BASEBALL (/BASEBALL)    BASKETBALL (/BASKETBALL)    FOOTBALL (/FOOTBALL)    HOCKEY (/HOCKEY)    OTHER SPORTS (/OTHER-SPORTS)    🔍

NON-SPORTS (/NON-SPORTS)    SPECIAL (/SPECIAL)    SUPPLIES (/SUPPLIES)    GIFT CERTIFICATES (/GIFT-CERTIFICATES)    BUYING (/BUYING)

Home (/) – 1973 Topps Baseball 4th Series Wax Pack PSA 9 *6920



# 1973 TOPPS BASEBALL 4TH SERIES WAX PACK PSA 9 *6920

SKU: BBCE15053

## $750.00

✔ This item is IN STOCK

Current Stock: 1

Quantity

| 1 ○ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦 f





Click to enlarge

**Have one to sell?**  Sell now

### (Freshly Graded, Beautiful Pack)

Condition : **New/Factory Sealed**

Sold for : ~~US $499.99~~

Best offer accepted

$43 for 12 months with PayPal Credit*

Add to list

Shipping: **US $14.99** Expedited Shipping with Adult Signature Required | See details

Located in: Metuchen, New Jersey, United States

Delivery: Estimated between **Thu, Sep 15** and **Fri, Sep 16** to 46368 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. | See details

Payments :

*$42.52 for 12 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information
bigjoeknowscards (33

100% Positive feedback

♡ Save this seller

Contact seller

Visit store

See other items

---

Description    Shipping and payments                                Report item

eBay item number: **403833337674**

Seller assumes all responsibility for this listing.

#### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New/Factory Sealed: A brand-new, unused, unopened, undamaged item (including handmade items). See ... Read more | Card Size: | Standard |
| League: | Major League (MLB) | Set: | 1974 Topps |
| Configuration: | Pack | Number of Packs: | 1 |
| Certification Number: | 64957291 | Grade: | 7 |
| Year Manufactured: | 1974 | Type: | Sports Trading Card |
| Sport: | Baseball | Manufacturer: | Topps |
| Features: | Base Set | Professional Grader: | Professional Sports Authenticator (PSA) |
| Season: | 1974 | | |





Hover to zoom

Have one to sell? Sell now

## 7 Near Mint

Condition : **New/Factory Sealed**

Sold for: **US $375.00**

$32 for 12 months with PayPal Credit*

Add to list

Shipping: US $4.70 Standard Shipping | See details
Located in: Hamden, Connecticut, United States

Delivery: Estimated between **Thu, Sep 15** and **Sat, Sep 17** to 46368 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. | See details

Payments :

*$31.89 for 12 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information
gerrym1963 (888
100% Positive feedback

♡ Save this seller
Contact seller
See other items

---

Description    Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **265816685459**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New/Factory Sealed: A brand-new, unused, unopened, undamaged item (including handmade items). See ... Read more | Card Size: | Standard |
| Type: | Sports Trading Card | Sport: | Baseball |
| League: | Major League (MLB) | Set: | 1976 Topps (Baseball) |
| Configuration: | Pack | Manufacturer: | Topps |
| Grade: | 7 | Year Manufactured: | 1960 |
| Professional Grader: | Professional Sports Authenticator (PSA) | Season: | 1976 |

1976 Topps Baseball Wax Pack Unopened PSA 7 Near Mint.

Back to search results                                                                                                    Return to top
More to explore : 1957 Topps PSA Grade 7 Baseball Trading Cards,  1963 Topps PSA Baseball Cards,  1962 Topps PSA Baseball Cards,  1960 Topps PSA Baseball Cards,

https://www.ebay.com/itm/265816685459?hash=item3de3e8bb93%3Ag%...0%253D&orig_cvip=true&nordt=true&rt=nc&_trksid=p2047675.l2557                    Page 2 of 3



Hi Philip! | Daily Deals | Brand Outlet | Help & Contact

Sell   Watchlist   My eBay

**ebay**

Shop by category

Search for anything

All Categories

Search

Advanced

Back to search results | Listed in category: Sports Memorabilia, Fan Shop & Sports Cards > Sports Trading Cards & Accessories > Empty Sports Trading Card Packaging

Share

This listing has ended.

## Similar sponsored items

Feedback on our suggestions

| Vintage 1977 TOPPS MLB Baseball Cloth Stickers Used Empty | Vintage 1983 empty Mad stickers display box. Excellent condition | 1986 FLEER BASKETBALL SET w/STICKERS (143 cards). | 100 ROUND AUTHENTIC MERCHANDISE HOLOGRAM LABELS | Vintage Lot Of (3) 1977-1981 FLEER TOPPS NFL Football Empty Wax | Vintage 1976-1984 Topps Football Card Wax Pack Wrappers | Vir To Wa |
|---|---|---|---|---|---|---|
| **$4.99** | **$19.85** | **$54,995.00** | **$8.99** | **$12.99** | **$4.99** | **$2** |
| + $4.00 shipping | + $5.20 shipping | 0 bids | Free shipping | + $4.00 shipping | Free shipping | Fre |
| Seller 100% positive | Seller 100% positive | Free shipping | Seller 100% positive | Seller 100% positive | | |
| | | Seller 100% positive | | | | |

## 1977 Topps Baseball Cloth Stickers 1 pack

Condition:  New

Sold for:  **US $14.99**

Add to list

Shipping:  US $3.99 Standard Shipping | See details
Located in: Phoenix, Arizona, United States

Delivery:  Estimated between **Thu, Sep 15** and **Sat, Sep 17** to 46368 ⓘ

Returns:  Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. |
See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information
desertcards (1010)
99.4% Positive feedback

♡ Save this seller
Contact seller
See other items

Have one to sell?   Sell now

Report item

1978 Topps Baseball Unopened Wax Pack PSA 7 | eBay                                          9/11/22, 11:37 AM

Hi Philip!    Daily Deals    Brand Outlet    Help & Contact                              Sell    Watchlist    My eBay

**ebay**    Shop by category    | Search for anything |    All Categories    | Search |    Advanced

Back to search results | Listed in category:  Sports Memorabilia, Fan Shop & Sports Cards  >  Sports Trading Cards & Accessories  >  Sealed Sports Trading Card Packs                         Share

Bidding has ended on this item.

## Similar sponsored items

Feedback on our suggestions

| 1977 Topps Baseball Unopened Wax Pack | 1978 Topps Baseball Wax Pack SEALED | 1986-87 fleer basketball wax pack Herb Williams Front Akeem Sticker On | 1978 Topps Baseball Wax Pack | 1978 Topps Baseball Card Wax Pack C | 1986 Topps Football Wax Pack, JERRY RICE (RC) STEVE YOUNG | 19 Ca Pa |
|---|---|---|---|---|---|---|
| **$99.00** | **$150.00** | **$103.50** | **$99.99** | **$99.99** | **$174.99** | **$** |
| + $1.00 shipping | + $9.70 shipping | 3 bids | + $6.99 shipping | + $6.99 shipping | + $11.84 shipping | + $ |
| Seller 100% positive | 5 watchers | + $4.65 shipping | Seller 100% positive | 7 watchers | Seller 100% positive | 6 w |
|  |  | 6 watchers |  |  |  |  |





Hover to zoom

Have one to sell?   Sell now

### 1978 Topps Baseball Unopened Wax Pack PSA 7

Condition  --
:

Ended:   Jun 20, 2022, 8:03PM

Winning   **US**
bid:   **$190.50**    [ 17 bids ]

| Add to list | ⌄ |

Shipping:   **US $3.99** Standard Shipping |
See details
Located in: Las Vegas, Nevada, United States

Delivery:   Estimated between **Thu, Sep 15** and **Tue, Sep 20** to 46368 ⓘ

Returns:   Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. |
See details

**Seller information**
mvcards1 (1332
100% Positive feedback

♡ Save this seller
Contact seller
See other items

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.

×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!



**BASEBALL CARD** *Exchange* (/)

Quick Order     Login     Register     🛒 0

HOME (/)     BASEBALL (/BASEBALL)     BASKETBALL (/BASKETBALL)     FOOTBALL (/FOOTBALL)     HOCKEY (/HOCKEY)     OTHER SPORTS (/OTHER-SPORTS)     🔍

NON-SPORTS (/NON-SPORTS)     SPECIAL (/SPECIAL)     SUPPLIES (/SUPPLIES)     GIFT CERTIFICATES (/GIFT-CERTIFICATES)     BUYING (/BUYING)

Home (/) -  1979 Topps Baseball Unopened Wax Pack



# 1979 TOPPS BASEBALL UNOPENED WAX PACK

SKU: BBCE00794

## $100.00

✔ This item is IN STOCK

Current Stock: 34

Quantity

| 1 ⬍ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦 f

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent. ×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!

Quick Order    Login    Register     0


(/)

**BASEBALL CARD** *Exchange*

HOME (/)    BASEBALL (/BASEBALL)    BASKETBALL (/BASKETBALL)    FOOTBALL (/FOOTBALL)    HOCKEY (/HOCKEY)    OTHER SPORTS (/OTHER-SPORTS)    🔍

NON-SPORTS (/NON-SPORTS)    SPECIAL (/SPECIAL)    SUPPLIES (/SUPPLIES)    GIFT CERTIFICATES (/GIFT-CERTIFICATES)    BUYING (/BUYING)

Home (/) –  1961 Fleer Basketball Wax Pack PSA 6 \*3013



# 1961 FLEER BASKETBALL WAX PACK PSA 6 \*3013

SKU: BBCE15063

## $13,500.00

✔ This item is IN STOCK

Current Stock: 1

Quantity

| 1 ⇕ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦  f

## Details



Imaged by Heritage Auctions, HA.com

Sold on Mar 18, 2021 for:

## $1,560.00

includes Buyer's Premium (BP) ⓘ

Bid Source: Internet bidder

Get one of these:

**Make Offer to Owner
$2,340 or more** ⓘ

✔ This item's owner is actively responding to (though not necessarily routinely accepting) offers. Most owners in this category are still actively buying, and therefore interested only in offers where they can net (after our 10% fee) an amount sufficiently above today's market value. Owners in this category seldom counter-offer, and will usually simply reject offers placed at current auction values or lower. ⓘ

**Number of Offers Pending: N/A
Current High Offer Pending: N/A**

Share this lot



Claim Item:

Register Your Ownership (Beta)
If you purchased this exact item (not merely an identical one) after March 18, 2021, claim it now so that you can receive anonymous offers through our Make Offer to Owner program, and easily add it to your MyCollection®.

**Track Item**

**View Recent Offers on
Sold Items in this category**

**Printable Auction Results**

**Add a Note**     **Sell One of These**     **Currency Converter**

📖 **Description**     ⓘ **Auction Info**     ▤ **Guides & Info**

## 📖 Description

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.

×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!



Quick Order     Login     Register     🛒 0



## BASEBALL CARD
## *Exchange*

(/)

HOME (/)   BASEBALL (/BASEBALL)   BASKETBALL (/BASKETBALL)   FOOTBALL (/FOOTBALL)   HOCKEY (/HOCKEY)   OTHER SPORTS (/OTHER-SPORTS)   🔍

NON-SPORTS (/NON-SPORTS)   SPECIAL (/SPECIAL)   SUPPLIES (/SUPPLIES)   GIFT CERTIFICATES (/GIFT-CERTIFICATES)   BUYING (/BUYING)

Home (/)  -  1965 Philadelphia Football Unopened Wax Pack PSA 8



# 1965 PHILADELPHIA FOOTBALL UNOPENED WAX PACK PSA 8

SKU: BBCE14525

## $1,500.00

✔ This item is IN STOCK

Current Stock: 1

Quantity

| 1 ⌄ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦  f



Imaged by Heritage Auctions, HA.com

 

Add a Note          Sell One of These          Currency Converter



Sold on Dec 11, 2020 for:

## $2,100.00

includes Buyer's Premium (BP) ❓

Bid Source: Internet bidder

Get one of these:

**Make Offer to Owner
$4,515 or more**                                    ❓

✔ This item's owner is actively responding to (though not necessarily routinely accepting) offers. Most owners in this category are still actively buying, and therefore interested only in offers where they can net (after our 10% fee) an amount sufficiently above today's market value. Owners in this category seldom counter-offer, and will usually simply reject offers placed at current auction values or lower. ❓

**Number of Offers Pending: N/A
Current High Offer Pending: N/A**

Share this lot

   

Claim Item:
Sign-in

**Track Item**

**View Recent Offers on
Sold Items in this category**

**Printable Auction Results**

🔖 Description          ⓘ Auction Info          ▦ Guides & Info

## 🔖 Description

**1968 Topps Football Unopened Wax Pack PSA NM-MT 8.** Offered is a 1968 Topps Football unopened wax pack. Inside could be a Mint or Gem MT card featuring Bart Starr, Don Meredith, Carroll Dale, Paul Warfield, Joe Namath, Bob Griese (*Rookie*), John Mackey, Gale Sayers, Dan Reeves, Johnny Unitas, Nick Buoniconti or Dick Butkus. Graded **PSA**





Hover to zoom

Have one to sell?    **Sell now**

**MT -** show original title

Condition :    --

Sold for:    **US $850.00**

Add to list

$37 for 24 months with PayPal Credit*

Shipping:    US $15.00 Expedited Shipping |
See details
Located in: Denver, Colorado, United States

Delivery:    Estimated between Wed, Sep 14 and Sat, Sep 17 to 46368 ⓘ
Includes 5 business days handling time after receipt of cleared payment.

Returns:    Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days after delivery. |
See details

Payments:

*$36.68 for 24 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Seller information
milehighfootball713 (8778
100% Positive feedback

♡ Save this seller
Contact seller
See other items

---

Description     Shipping and payments                               Report item

eBay item number:   **374230537199**

Seller assumes all responsibility for this listing.

#### Item specifics

| | | | | |
|---|---|---|---|---|
| Set: | 1970 Topps (Football) | | Season: | 1970 |
| Grade: | 8 | | Features: | Wax Pack |
| Manufacturer: | Topps | | Sport: | Football |
| Professional Grader: | Professional Sports (PSA) | | Configuration: | Pack |
| Graded: | Yes | | Product: | Wax Pack |
| Theme: | Sport | | Year: | 1970 |
| Card Manufacturer: | Topps | | Era: | Modern (1970-Now) |
| Original/Reprint: | Original | | | |

1970 Topps Football Wax Pack PSA 8 NM-MT



**Have one to sell?** **Sell now**

### Dorsett Rc - PSA 7 - NM - 49825032 - 🔥 🌐 -

show original title

**Condition:** New/Factory Sealed

**Sold for:** **US $127.49**

US $149.99 ⓘ Save 15%

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

[ Add to list ] [ ⌄ ]

**Shipping:** US $6.95 Standard Shipping | See details
Located in: Woodbridge, New Jersey, United States

**Delivery:** Estimated between Thu, Sep 15 and Sat, Sep 17 to 46368 ⓘ
Includes 5 business days handling time after receipt of cleared payment.

**Returns:** 30 day returns | Seller pays for return shipping | See details

**Payments:**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information
sports-card-addiction (6126
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

| Description | Shipping and payments | | Report item |
| --- | --- | --- | --- |

eBay item number: **144685175602**

Seller assumes all responsibility for this listing.

Last updated on  Aug 31, 2022 19:46:18 PDT   View all revisions

#### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New/Factory Sealed: A brand-new, unused, unopened, undamaged item (including handmade items). See ... Read more | Set: | 1978 Topps |
| Certification Number: | 49825032 | Card Size: | Standard |
| Season: | 1978 | Grade: | 7 |
| Type: | Sports Trading Card | Year Manufactured: | 1978 |
| Manufacturer: | Topps | Number of Cards: | 10 |
| Sport: | Football | Professional Grader: | Professional Sports Authenticator (PSA) |
| Configuration: | Pack | Team: | Dallas Cowboys |
| Number of Packs: | 1 | League: | National Football League (NFL) |





**Have one to sell?**    **Sell now**

**Football Wrapper PSA 9 -** show original title

Condition : --

Ended: Aug 24, 2022, 4:50PM

Winning bid: **US $62.72**    [ 12 bids ]

Add to list

Shipping: US $7.00 Economy Shipping |
See details
Located in: Houston, Texas, United States

Delivery: Estimated between **Thu, Sep 15** and **Mon, Sep 19** to 46368 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. |
See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Seller information**
mistert9211 (585
100% Positive feedback

♡ Save this seller
Contact seller
See other items

---

Description    Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **325311105802**

### Item specifics

| | | | | |
|---|---|---|---|---|
| Set: | 1979 Topps | | Card Size: | Standard |
| Season: | 1979 | | Grade: | 9 |
| Type: | Sports Trading Card | | Year Manufactured: | 1979 |
| Manufacturer: | Topps | | Number of Cards: | 12 |
| Sport: | Football | | Professional Grader: | Professional Sports Authenticator (PSA) |
| Configuration: | Pack | | Team: | Cleveland Browns |
| Number of Packs: | 1 | | League: | National Football League (NFL) |

High Grade

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.   ×

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!

Quick Order    Login    Register    🛒 0



**BASEBALL CARD**
*Exchange* (/)

HOME (/)   BASEBALL (/BASEBALL)   BASKETBALL (/BASKETBALL)   FOOTBALL (/FOOTBALL)   HOCKEY (/HOCKEY)   OTHER SPORTS (/OTHER-SPORTS)   🔍

NON-SPORTS (/NON-SPORTS)   SPECIAL (/SPECIAL)   SUPPLIES (/SUPPLIES)   GIFT CERTIFICATES (/GIFT-CERTIFICATES)   BUYING (/BUYING)

Home (/) - 1980 Topps Football Unopened Wax Pack



# 1980 TOPPS FOOTBALL UNOPENED WAX PACK

SKU: BBCE06653

## $19.00

✔ This item is IN STOCK

Current Stock: 6

Quantity

| 1 ⌄ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦 f

1985 Topps Football Unopened Wax Pack | Baseball Card Exchange

9/11/22, 11:52 AM

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.

Baseball Card Exchange, The Leader In Unopened Vintage For Over 30 Years!

Quick Order    Login    Register    🛒 0



(/)

# BASEBALL CARD
## Exchange

HOME (/)    BASEBALL (/BASEBALL)    BASKETBALL (/BASKETBALL)    FOOTBALL (/FOOTBALL)    HOCKEY (/HOCKEY)    OTHER SPORTS (/OTHER-SPORTS)    🔍

NON-SPORTS (/NON-SPORTS)    SPECIAL (/SPECIAL)    SUPPLIES (/SUPPLIES)    GIFT CERTIFICATES (/GIFT-CERTIFICATES)    BUYING (/BUYING)

Home (/) -  1985 Topps Football Unopened Wax Pack



# 1985 TOPPS FOOTBALL UNOPENED WAX PACK

SKU: BBCE06917

## $19.00

✔ This item is IN STOCK

Current Stock: 24

Quantity

| 1 ⌵ |
| --- |

| **ADD TO SHOPPING CART** |
| --- |

| ADD TO WISHLIST |
| --- |

| ADD TO QUOTE |
| --- |

🐦  f





> (arrow)

Click to enlarge

Have one to sell?   Sell now

## PSA 7 Only one on Ebay!! - show original title

| | |
|---|---|
| Condition: | New/Factory Sealed |

Sold for: **US $124.99**

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Add to list ▾

| | |
|---|---|
| Shipping: | US $4.99 Standard Shipping | See details |
| | Located in: Boston, Massachusetts, United States |
| Delivery: | Estimated between **Thu, Sep 15** and **Fri, Sep 16** to 46368 ⓘ |
| Returns: | Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. | See details |
| Payments: | |

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information

sweetseats10 (3427

100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

| Description | Shipping and payments | Report item |
|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: **265837788610**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New/Factory Sealed: A brand-new, unused, unopened, undamaged item (including handmade items). See ... Read more | Type: | Sports Trading Card |
| Sport: | Ice Hockey | League: | National Hockey League (NHL) |
| Set: | 1977-78 Topps (Ice Hockey) | Configuration: | Pack |
| Number of Packs: | 1 | Certification Number: | 63381723 |
| Manufacturer: | Topps | Grade: | 7 |
| Year Manufactured: | 1977 | Professional Grader: | Professional Sports Authenticator (PSA) |
| Season: | 1977-78 | | |

Case 1:22-cr-00036-HYJ ECF No. 39-2, PageID.194 Filed 09/13/22 Page 28 of 68 9/11/22, 11:56 AM



| Hi Philip! | Daily Deals | Brand Outlet | Help & Contact | | | Sell | Watchlist | My eBay | 🛒 |

Shop by category

🔍 Search for anything     | All Categories ▾ |  Search  | Advanced

Back to search results | Listed in category: Sports Memorabilia, Fan Shop & Sports Cards  >  Sports Trading Cards & Accessories  >  Sealed Sports Trading Card Packs

Share

---

Bidding has ended on this item.

# 1978 Topps HOCKEY SEALED WAX Pack = Bossy Rc - PSA 8 - NM-MT - 45064315 - 🔥 See original listing



Sell one like this

| Condition: | **New/Factory Sealed** |
| Ended: | Aug 21, 2022 , 8:36PM |
| Winning bid: | **US $158.50** [ 18 bids ] |
| Shipping: | **$6.95** Standard Shipping |
| Located in: | Woodbridge, New Jersey, United States |
| Seller: | **sports-card-addiction** (6126   )  |  Seller's other items |

---

## Related sponsored items

Feedback on our suggestions

| 2016 Bowman Chrome Draft Pete Alonso PSA 8 NMMT Auto Rookie | 2018 Topps Update #YS36 Mike Gerber Grayson Greiner HOT PINK #d/50 | 1963 Topps Tom Tresh PSA 8 NMMT SP Short Print All Star Rookie RC | 1980 TOPPS WAX PACK FROM ORIGINAL COLLECTOR 1 PACK | 1978-79 Topps Hockey #115 Mike Bossy (New York Islanders) RC | 1978 / 79 Topps Hockey Wax Box - 36 Packs (BBCE SEALED) Mike | 19 NH RC |
| **$225.00** | **$15.99** | **$109.25** | **$109.99** | **$65.00** | **$3,200.00** | **$1** |
| + $4.95 shipping | Free shipping | + $4.95 shipping | + $4.99 shipping | Free shipping | + $13.99 shipping | $15 |
| Seller 100% positive | Top Rated Plus | Seller 100% positive | 13 watchers | Top Rated Plus | 20 watchers | - $ Sel |

---



Hi **Philip!**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist    My eBay

Shop by category    🔍 Search for anything    | All Categories ⬍ |    Search    Advanced

Back to search results | Listed in category: Sports Memorabilia, Fan Shop & Sports Cards > Sports Trading Cards & Accessories > Sealed Sports Trading Card Packs    Share

This listing has ended.

## 1979-80 Topps HOCKEY Original Unopened Wax Pack PSA 7 Rare!! Gretzky Rookie Year See original listing



Sell one like this

| | |
|---|---|
| Condition: | -- |
| Ended: | Jul 31, 2022, 1:07PM |
| Price: | US **$1,199.99** |
| Shipping: | **$9.99** Expedited Shipping |
| Located in: | Huntington Beach, California, United States |
| Seller: | **surfcitycards** (24473   ) | Seller's other items |

---

Related sponsored items                    Feedback on our suggestions

| Sealed 1979-80 TOPPS HOCKEY WAX PACK NEW Gretzky Rookie | Sealed 1979-80 TOPPS HOCKEY WAX PACK NEW Gretzky Rookie ??? Mint | Wayne Gretzky 1979 Topps Rookie #18 : PSA 7 NM - UNDERGRADED! | 1979 TOPPS HOCKEY #18 WAYNE GRETZKY (RC) - PSA 7 | 1979-80 Topps Hockey Wayne Gretzky ROOKIE RC #18 PSA 6 EX - MT | 1990-91 TOPPS HOCKEY CARD UNOPENED WAX PACK BOX 36 PACKS | 19 Ca Pa |
|---|---|---|---|---|---|---|
| **$849.99** | **$849.99** | **$11,999.99** | **$3,125.00** | **$5,999.99** | **$24.29** | **$1** |
| $999.99 15% off | $999.99 15% off | + $13.99 shipping | + $5.00 shipping | + $25.00 shipping | $26.99 10% off | Fre |
| Free shipping | Free shipping | **14 watchers** | Seller 100% positive | Seller 100% positive | + $11.75 shipping | **20**$ |
| **6 watchers** | **8 watchers** | | | | Seller 99.6% positive | |

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.   ✕

Baseball Card Exchange, The Leader in Unopened Vintage For Over 30 Years!

Quick Order      Login      Register      🛒 0



**BASEBALL CARD**
*Exchange* (/)

HOME (/)    BASEBALL (/BASEBALL)    BASKETBALL (/BASKETBALL)    FOOTBALL (/FOOTBALL)    HOCKEY (/HOCKEY)    OTHER SPORTS (/OTHER-SPORTS)    🔍

NON-SPORTS (/NON-SPORTS)    SPECIAL (/SPECIAL)    SUPPLIES (/SUPPLIES)    GIFT CERTIFICATES (/GIFT-CERTIFICATES)    BUYING (/BUYING)

Home (/) -   1980/81 Topps Hockey Unopened Wax Pack PSA 9



# 1980/81 TOPPS HOCKEY UNOPENED WAX PACK PSA 9

SKU: BBCE09154

## $295.00

✔ This item is IN STOCK

Current Stock: 1

Quantity

| 1 ○ |

**ADD TO SHOPPING CART**

ADD TO WISHLIST

ADD TO QUOTE

🐦  f

## Details

 ≡_()    bbcexchange 👤  🔍



★ Hall of Fame ★

# Bill Russell
## 1957 Topps #77

AVAILABLE FOR PURCHASE (44 LISTINGS)

| | |
|---|---|
| Category: | Basketball |
| Player: | 📇 Bill Russell (/name-search/Bill-Russell/basketball-cards) |
| Card Number: | 77 |
| Year: | 1957 |
| Set Name: | 1957 Topps (/set/basketball-card-set-values/1957-topps/2130) |

➕ ADD TO MY COLLECTION

➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/BASKETBALL-CARD-VALUES/1957-TOPPS-BILL-RUSSELL-77/101997)

↻ ALL SALES
(/CARD/BASKETBALL-CARD-VALUES/1957-T...

## Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

# PSA 7
Latest Values

# $50,412.60
Average Price ❶

| PSA ⇕ | 7 ⇕ | | | | | All Listings ⇕ | 25 ⇕ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 1/28/2022 | $48,000.00 | Auction Image | 6 | Heritage | | | -!- |
| 10/9/2021 | $52,825.20 | Auction Image | 20 | Memory Lane | | | -!- |
| 7/11/2021 | $47,409.60 | Auction Image | 14 | Memory Lane | | | -!- |
| 5/8/2021 | $60,000.00 | Auction Image | 16 | Heritage | | | -!- |
| 4/18/2021 | $77,877.00 | Image | 129 | eBay | pwcc_auctions | g***o | -!- |

| 3/8/2021 | $87,330.00 | Auction Image | 24 | Goldin | | | -|- |
| 2/8/2021 | $75,500.00 | Image | 95 | eBay | probstein123 | j***j | -|- |
| 11/2/2020 | $62,730.00 | Auction Image | 23 | Goldin | | | -|- |
| 8/30/2020 | $55,200.00 | Auction Image | 24 | Heritage | | | -|- |
| 7/31/2020 | $38,400.00 | Auction Image | 19 | Heritage | | | -|- |
| 7/28/2020 | $19,995.00 | Image | BIN | eBay | jjstoyz | i***r | -|- |
| 7/12/2020 | $15,000.00 | Image | BIN | eBay | tbh39 | c***m | -|- |
| 5/30/2020 | $12,860.40 | Auction Image | 11 | Memory Lane | | | -|- |
| 1/21/2020 | $18,200.00 | Image | 53 | eBay | pwcc_auctions | t***a | -|- |
| 1/13/2020 | $10,250.00 | Image | 63 | eBay | probstein123 | g***4 | -|- |
| 10/21/2019 | $16,200.00 | Image | 46 | eBay | pwcc_auctions | j***2 | -|- |
| 4/22/2019 | $16,200.00 | Image | 45 | eBay | probstein123 | r***a | -|- |
| 4/17/2019 | $18,005.00 | Image | 41 | eBay | pwcc_auctions | t***1 | -|- |
| 11/15/2018 | $19,302.00 | Image | 55 | eBay | pwcc_auctions | _***d | -|- |
| 9/5/2018 | $22,500.00 | Image | BIN | eBay | dpingree | s***r | -|- |
| 7/20/2018 | $13,200.00 | Auction Image | 14 | Heritage | | | -|- |
| 4/22/2018 | $14,877.00 | Image | 25 | eBay | pwcc_auctions | w***m | -|- |
| 3/20/2018 | $16,877.00 | Image | 108 | eBay | pwcc_auctions | _***i | -|- |



Aim.
Tap.
Values.

Download on the App Store
Get the VCP App
GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)

Links (/links)

Report a Problem on this Page

  

bbcexchange



★ Hall of Fame ★
# Michael Jordan
1986 Fleer #57

AVAILABLE FOR PURCHASE (260 LISTINGS)

| | |
|---|---|
| **Category:** | Basketball |
| **Player:** | Michael Jordan (/name-search/Michael-Jordan/basketball-cards) |
| **Card Number:** | 57 |
| **Year:** | 1986 |
| **Set Name:** | 1986 Fleer (/set/basketball-card-set-values/1986-fleer/2164) |

**ADD TO MY COLLECTION**     **ADD TO MY WANT LIST**

**VIEW GRID**
(/CARD/BASKETBALL-CARD-VALUES/1986-FLEER-MICHAEL-JORDAN-57/103492)

**ALL SALES**
(/CARD/BASKETBALL-CARD-VALUES/1986-I

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

## PSA 8
Latest Values

# $6,966.88
Average Price

| PSA | 8 | | | | | | All Listings | 25 |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/8/2022 | $6,410.00 | Auction Image | 28 | eBay | probstein123 | 5***a | - ! - |
| 9/8/2022 | $7,800.00 | Auction Image | 24 | eBay | probstein123 | 7***a | - ! - |
| 9/6/2022 | $7,500.00 | Auction Image | 43 | eBay | probstein123 | 2***2 | - ! - |
| 9/5/2022 | $7,001.00 | Auction Image | 33 | eBay | probstein123 | a***p | - ! - |
| 9/4/2022 | $7,000.00 | Auction Image | 28 | eBay | 4_sharp_corners | e***i | - ! - |

| 9/4/2022 | $6,600.00 | Auction Image | 31 | eBay | 4_sharp_corners | t***e | -\|- |
| 9/4/2022 | $7,424.00 | Auction Image | 42 | eBay | 4_sharp_corners | k***f | -\|- |
| 8/28/2022 | $6,600.00 | Auction Image | 17 | Heritage | | | -\|- |
| 8/28/2022 | $7,200.00 | Auction Image | 17 | Heritage | | | -\|- |
| 8/28/2022 | $6,300.00 | Auction Image | 12 | Heritage | | | -\|- |
| 8/28/2022 | $7,700.00 | Auction Image | 63 | eBay | vintagebaseballplus | u***8 | -\|- |
| 8/26/2022 | $7,823.23 | Auction Image | 18 | eBay | spea_chris | c***r | -\|- |
| 8/24/2022 | $6,850.00 | Auction Image | 62 | eBay | probstein123 | i***m | -\|- |
| 8/23/2022 | $8,766.00 | Auction Image | 28 | eBay | yankees78 | c***n | -\|- |
| 8/21/2022 | $7,800.00 | Auction Image | 47 | PWCC Weekly | | | -\|- |
| 8/20/2022 | $6,603.60 | Auction Image | 24 | Goldin | | | -\|- |
| 8/16/2022 | $7,250.00 | Auction Image | 33 | eBay | probstein123 | s***s | -\|- |
| 8/16/2022 | $7,078.00 | Auction Image | 31 | eBay | gmcards2 | k***e | -\|- |
| 8/14/2022 | $6,300.00 | Auction Image | 30 | REA | | | -\|- |
| 8/14/2022 | $6,600.00 | Auction Image | 29 | REA | | | -\|- |
| 8/14/2022 | $6,850.00 | Auction Image | 46 | eBay | vpc730nhc | r***t | -\|- |
| 8/13/2022 | $8,449.00 | Listing Image | BIN | eBay | sellin.goods | r***b | -\|- |
| 8/11/2022 | $6,600.00 | Auction Image | 24 | eBay | probstein123 | g***q | -\|- |
| 8/8/2022 | $7,100.00 | Auction Image | 49 | eBay | probstein123 | c***a | -\|- |



Aim.
Tap.
Values.

Download on the App Store

GET IT ON Google Play
Also available on Google Play

Get the VCP App

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)  |  Report a Problem on this Page

Links (/links)

https://vintagecardprices.com/card/basketball-card-values/1986-Fleer-Michael-Jordan-57/103492/PSA/8

Page 2 of 2

  

≡_()_                    ⌂      ⌃ ⌄                    bbcexchange  ⊗   🔍



★ Hall of Fame ★
# Kareem Abdul-Jabbar
### 1986 Fleer #1

AVAILABLE FOR PURCHASE (32 LISTINGS)

| | |
|---|---|
| Category: | Basketball |
| Player: | 📧 Kareem Abdul-Jabbar (/name-search/Kareem-Abdul-Jabbar/basketball-cards) |
| Card Number: | 1 |
| Year: | 1986 |
| Set Name: | 1986 Fleer (/set/basketball-card-set-values/1986-fleer/2164) |

⊕ ADD TO MY COLLECTION          ⊕ ADD TO MY WANT LIST

⊞ VIEW GRID
(/CARD/BASKETBALL-CARD-VALUES/1986-FLEER-KAREEM-ABDUL-JABBAR-1/155497)

↻ ALL SALES
(/CARD/BASKETBALL-CARD-VALUES/1986-F

## Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

| 6. Mar | 18. Mar | 26. Mar | 4 May | 22 May | 12. Jun | 30. Jun | 10. Jul | 24 Jul | I. Aug | 19. Aug | 28. Aug |

| 2008 | 2012 | 2014 | 2016 | 2018 | 2020 | 2022 |

## PSA 8
Latest Values

# $112.34
Average Price ❶

| PSA ⇕ | 8 ⇕ |

| All Listings ⇕ | 25 ⇕ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/8/2022 | $86.00 | Auction Image | 15 | eBay | 4_sharp_corners | j***h | -!- |
| 9/4/2022 | $112.50 | Auction Image | 10 | eBay | impressivea-58 | _***j | -!- |
| 9/2/2022 | $169.99 | Listing Image | BIN | eBay | quickshipgolf | t***5 | -!- |
| 9/1/2022 | $126.50 | Auction Image | 8 | eBay | 4_sharp_corners | k***k | -!- |
| 8/28/2022 | $103.20 | Auction Image | 15 | PWCC Weekly | | | -!- |

| 8/25/2022 | $110.50 | Auction Image | 15 | eBay | 4_sharp_corners | h***t | -I- |
| 8/25/2022 | $100.00 | Auction Image | 14 | eBay | sundiegocollectibles | _***r | -I- |
| 8/22/2022 | $119.53 | Auction Image | 14 | eBay | card_capsule | 1***m | -I- |
| 8/19/2022 | $97.00 | Auction Image | 8 | eBay | 4_sharp_corners | p***h | -I- |
| 8/15/2022 | $129.50 | Auction Image | 18 | eBay | 4_sharp_corners | a***a | -I- |
| 8/14/2022 | $131.30 | Auction Image | 15 | eBay | capcityconsign | w***w | -I- |
| 8/11/2022 | $127.19 | Auction Image | 9 | eBay | 4_sharp_corners | 7***0 | -I- |
| 8/2/2022 | $136.05 | Auction Image | 16 | eBay | 4_sharp_corners | d***9 | -I- |
| 8/1/2022 | $87.55 | Auction Image | 11 | eBay | comc_consignment | t***l | -I- |
| 7/31/2022 | $126.00 | Auction Image | 22 | PWCC Weekly | | | -I- |
| 7/31/2022 | $121.08 | Auction Image | 1 | eBay | rare_stock101 | u***- | -I- |
| 7/29/2022 | $141.00 | Auction Image | 13 | eBay | 4_sharp_corners | 7***d | -I- |
| 7/26/2022 | $129.50 | Auction Image | 25 | eBay | probstein123 | c***a | -I- |
| 7/24/2022 | $98.40 | Auction Image | 17 | PWCC Weekly | | | -I- |
| 7/21/2022 | $100.05 | Auction Image | 32 | eBay | 4_sharp_corners | 0***o | -I- |
| 7/20/2022 | $98.70 | Auction Image | 18 | eBay | hkjohnson1994 | _***e | -I- |
| 7/10/2022 | $113.50 | Auction Image | 28 | eBay | 4_sharp_corners | c***9 | -I- |
| 7/10/2022 | $102.50 | Auction Image | 19 | eBay | powerhouse_cards | p***5 | -I- |
| 7/9/2022 | $110.00 | Auction Image | 1 | eBay | have-bo | o***o | -I- |
| 7/6/2022 | $112.55 | Auction Image | 29 | eBay | mp2adventure | l***l | -I- |



Download on the App Store

Aim. Tap. Values.

GET IT ON Google Play
Also available on Google Play

VCP Get the VCP App

© 2006-2022 Vintage Card Prices, Inc

Privacy Policy (/privacy-policy) | Terms (/policies) | Advertise with Us (/site/contact?type=c) | (/site/contact)

Report a Problem on this Page

Links (/links)

https://vintagecardprices.com/card/basketball-card-values/1986-Fleer-Kareem-Abdul-Jabbar-1/155497/PSA/8

Page 2 of 2

    

bbcexchange



★ Hall of Fame ★
# Joe Montana
1981 Topps #216

AVAILABLE FOR PURCHASE (282 LISTINGS)

| | |
|---|---|
| **Category:** | Football |
| **Player:** | Joe Montana (/name-search/Joe-Montana/football-cards) |
| **Card Number:** | 216 |
| **Year:** | 1981 |
| **Set Name:** | 1981 Topps (/set/football-card-set-values/1981-topps/2114) |
| **Cards in Set:** | 528 |

➕ ADD TO MY COLLECTION     ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/FOOTBALL-CARD-VALUES/1981-TOPPS-JOE-MONTANA-216/91341)

↺ ALL SALES
(/CARD/FOOTBALL-CARD-VALUES/1981-TO...

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

## PSA 8
Latest Values

# $354.05
Average Price ❶

| PSA ⬍ | 8 ⬍ | | | | | All Listings ⬍ | 25 ⬍ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/9/2022 | $340.00 | Auction Image | 10 | eBay | wayneswrld006 | r***d | -¦- |
| 9/8/2022 | $328.39 | Auction Image | 13 | eBay | rjhenry23 | h***9 | -¦- |
| 9/7/2022 | $379.00 | Listing Image | BIN | eBay | bradcarris | a***o | -¦- |
| 9/5/2022 | $355.00 | Auction Image | 44 | eBay | probstein123 | l***_ | -¦- |
| 9/4/2022 | $320.00 | Auction Image | 36 | eBay | worldcupcollectors | o***a | -¦- |

| | | Image | | | | | |
|---|---|---|---|---|---|---|---|
| 9/4/2022 | $400.00 | Auction Image | 37 | eBay | jbsportsmemorabilia | l***o | -l- |
| 9/3/2022 | $350.00 | Auction Image | 24 | eBay | kingdomcardsco | f***0 | -l- |
| 8/30/2022 | $425.00 | Auction Image | 51 | eBay | steve_sheiman | 2***i | -l- |
| 8/28/2022 | $355.00 | Auction Image | 40 | eBay | 4_sharp_corners | s***j | -l- |
| 8/26/2022 | $325.00 | Auction Image | 59 | eBay | grecostar | r***a | -l- |
| 8/25/2022 | $374.00 | Auction Image | 22 | eBay | 4_sharp_corners | r***r | -l- |
| 8/23/2022 | $361.00 | Auction Image | 40 | eBay | 4_sharp_corners | v***v | -l- |
| 8/22/2022 | $330.00 | Auction Image | 19 | eBay | probstein123 | s***7 | -l- |
| 8/21/2022 | $313.00 | Auction Image | 19 | eBay | probstein123 | a***u | -l- |
| 8/18/2022 | $355.00 | Auction Image | 21 | eBay | probstein123 | l***a | -l- |
| 8/18/2022 | $362.97 | Auction Image | 40 | eBay | sundiegocollectibles | m***r | -l- |
| 8/17/2022 | $399.00 | Listing Image | BIN | eBay | bryanroot | g***g | -l- |
| 8/15/2022 | $350.00 | Auction Image | 31 | eBay | probstein123 | s***s | -l- |
| 8/14/2022 | $325.00 | Auction Image | 20 | eBay | robk0215 | t***t | -l- |
| 8/14/2022 | $385.00 | Auction Image | 28 | eBay | wall11cousins15 | a***n | -l- |
| 8/14/2022 | $355.00 | Auction Image | 35 | eBay | jaso520 | p***n | -l- |
| 8/14/2022 | $311.00 | Auction Image | 28 | eBay | certomatic | p***. | -l- |
| 8/13/2022 | $316.00 | Auction Image | 17 | eBay | 11sellmystuff11 | t***r | -l- |
| 8/10/2022 | $429.00 | Listing Image | BIN | eBay | bbcexchange | r***r | -l- |
| 8/10/2022 | $488.88 | Listing Image | BIN | eBay | mj_king | .***s | -l- |



Download on the App Store   Get the VCP App   Aim. Tap. Values.   GET IT ON Google Play   Also available on Google Play

 ≡   bbcexchange 👤 🔍



**BOBBY ORR** DEFENCE BOSTON BRUINS

★ Hall of Fame ★
# Bobby Orr
1966 Topps #35

AVAILABLE FOR PURCHASE (19 LISTINGS)

| | |
|---|---|
| Category: | Hockey |
| Player: | 📇 Bobby Orr (/name-search/Bobby-Orr/hockey-cards) |
| Card Number: | 35 |
| Year: | 1966 |
| Set Name: | 1966 Topps (/set/hockey-card-set-values/1966-topps/2216) |

➕ ADD TO MY COLLECTION          ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/HOCKEY-CARD-VALUES/1966-TOPPS-BOBBY-ORR-35/86288)

↺ ALL SALES
(/CARD/HOCKEY-CARD-VALUES/1966-TOPP...

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

## PSA 7
Latest Values

# $24,604.42
Average Price ⓘ

| PSA ▾ | 7 ▾ | | | | | All Listings ▾ | 25 ▾ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 8/28/2022 | $21,600.00 | Auction Image | 18 | Heritage | | | -!- |
| 3/19/2022 | $30,000.00 | Auction Image | 23 | PWCC Premier | | | -!- |
| 1/8/2022 | $27,900.00 | Auction Image | 30 | Goldin | | | -!- |
| 12/13/2021 | $24,317.70 | Image | 65 | eBay | simgin | p***c | -!- |
| 10/23/2021 | $24,000.00 | Auction Image | 19 | PWCC Premier | | | -!- |

| 10/4/2021 | $22,200.00 | Listing Image | BIN | PWCC Fixed Price | | | -|- |
| 8/4/2021 | $19,988.00 | Image | 73 | eBay | sportcardauctionscom | g***g | -|- |
| 6/25/2021 | $22,912.00 | Image | 67 | eBay | pwcc_auctions | 2***2 | -|- |
| 6/4/2021 | $20,241.60 | Auction Image | 24 | Lelands | | | -|- |
| 4/10/2021 | $32,250.00 | Listing Image | BIN | PWCC Fixed Price | | | -|- |
| 4/10/2021 | $32,250.00 | Image | BIN | eBay | pwcc_vault | o***e | -|- |
| 12/27/2020 | $21,211.00 | Image | 38 | eBay | pwcc_auctions | w***m | -|- |
| 6/16/2020 | $12,500.00 | Image | BIN | eBay | martin-sports | 8***j | -|- |
| 5/26/2020 | $11,300.00 | Image | 64 | eBay | pwcc_auctions | v***e | -|- |
| 4/27/2020 | $12,325.00 | Image | 45 | eBay | pwcc_auctions | 3***x | -|- |
| 2/23/2020 | $11,100.00 | Auction Image | 19 | Heritage | | | -|- |
| 11/24/2019 | $9,399.00 | Image | 31 | eBay | pwcc_auctions | t***1 | -|- |
| 10/23/2019 | $12,500.00 | Image | BIN | eBay | martin-sports | r***t | -|- |
| 8/14/2019 | $10,600.00 | Image | Best Offer | eBay | tltlsl | a***e | -|- |
| 7/31/2019 | $9,000.00 | Image | 50 | eBay | pwcc_auctions | l***l | -|- |
| 7/29/2019 | $10,800.00 | Image | 30 | eBay | pwcc_auctions | d***a | -|- |
| 7/20/2019 | $11,700.00 | Auction Image | 15 | Heritage | | | -|- |



Aim.
Tap.
Values.

Download on the App Store
Get the VCP App
GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |

Links (/links)

(/site/contact)

Report a Problem on this Page

Case 1:22-cr-00036-HYJ   ECF No. 39-2,  PageID.207   Filed 09/13/22   Page 41 of 68

9/11/22, 12:13 PM

 ≡_()_    bbcexchange   Q



★ Hall of Fame ★
# Wayne Gretzky
## 1979 O-Pee-Chee #18

AVAILABLE FOR PURCHASE (149 LISTINGS)

| | |
|---|---|
| **Category:** | Hockey |
| **Player:** | 📇 Wayne Gretzky (/name-search/Wayne-Gretzky/hockey-cards) |
| **Card Number:** | 18 |
| **Year:** | 1979 |
| **Set Name:** | 1979 O-Pee-Chee (/set/hockey-card-set-values/1979-o-pee-chee/2248) |

➕ ADD TO MY COLLECTION    ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/HOCKEY-CARD-VALUES/1979-O-PEE-CHEE-WAYNE-GRETZKY-18/81848)

↺ ALL SALES
(/CARD/HOCKEY-CARD-VALUES/1979-O-PEE

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

28 Feb    4 Apr    22 May    8 Jun    22 Jul    6 Aug    16 Aug    20 Aug    26 Aug    4 Sep

2007        2011        2015        2016        2018        2020

## PSA 8
Latest Values

# $14,101.81
Average Price ❶

| PSA ⬍ | 8 ⬍ | | | | | All Listings ⬍ | 25 ⬍ |
|---|---|---|---|---|---|---|---|

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/8/2022 | $12,000.00 | Auction Image | 24 | eBay | probstein123 | r***t | - ! - |
| 9/5/2022 | $13,200.00 | Auction Image | 38 | eBay | probstein123 | r***t | - ! - |
| 9/4/2022 | $12,126.00 | Auction Image | 37 | eBay | 4_sharp_corners | r***r | - ! - |
| 8/28/2022 | $15,600.00 | Auction Image | 10 | Heritage | | | - ! - |
| 8/28/2022 | $16,800.00 | Auction Image | 12 | Heritage | | | - ! - |

| 8/27/2022 | $12,168.50 | Auction Image | 65 | eBay | jefzylstr0 | c***r | -\|- |
| 8/21/2022 | $13,700.00 | Auction Image | 48 | eBay | 4_sharp_corners | y***o | -\|- |
| 8/20/2022 | $15,720.00 | Auction Image | 23 | Goldin | | | -\|- |
| 8/18/2022 | $19,200.00 | Auction Image | 14 | PWCC Premier | | | -\|- |
| 8/16/2022 | $13,500.00 | Auction Image | 44 | eBay | probstein123 | g***r | -\|- |
| 8/14/2022 | $16,200.00 | Auction Image | 35 | REA | | | -\|- |
| 8/7/2022 | $13,800.00 | Auction Image | 58 | PWCC Weekly | | | -\|- |
| 8/7/2022 | $12,980.20 | Auction Image | 13 | Mile High | | | -\|- |
| 7/26/2022 | $15,000.00 | Listing Image | BIN | eBay | martin-sports | d***d | -\|- |
| 7/21/2022 | $18,000.00 | Auction Image | 15 | PWCC Premier | | | -\|- |
| 6/20/2022 | $14,679.00 | Auction Image | 38 | eBay | kufos_56 | a***7 | -\|- |
| 6/7/2022 | $11,702.00 | Image | 41 | eBay | probstein123 | y***o | -\|- |
| 5/22/2022 | $16,200.00 | Auction Image | 50 | PWCC Weekly | | | -\|- |
| 5/21/2022 | $15,943.20 | Auction Image | 7 | Memory Lane | | | -\|- |
| 5/1/2022 | $16,800.00 | Auction Image | 23 | Goldin | | | -\|- |
| 4/3/2022 | $16,800.00 | Auction Image | 40 | PWCC Weekly | | | -\|- |
| 3/13/2022 | $19,201.20 | Auction Image | 16 | Goldin | | | -\|- |
| 2/27/2022 | $20,400.00 | Auction Image | 16 | Heritage | | | -\|- |
| 2/27/2022 | $21,000.00 | Auction Image | 17 | Heritage | | | -\|- |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  Links (/links)

Report a Problem on this Page

(/site/contact)

   

bbcexchange

★ Hall of Fame ★
# Mario Lemieux
1985 O-Pee-Chee #9

AVAILABLE FOR PURCHASE (85 LISTINGS)



**MARIO LEMIEUX**  C

| | |
|---|---|
| Category: | Hockey |
| Player: | 🎴 Mario Lemieux (/name-search/Mario-Lemieux/hockey-cards) |
| Card Number: | 9 |
| Year: | 1985 |
| Set Name: | 1985 O-Pee-Chee (/set/hockey-card-set-values/1985-o-pee-chee/2258) |
| Cards in Set: | 264 |

➕ ADD TO MY COLLECTION     ➕ ADD TO MY WANT LIST

⊞ VIEW GRID
(/CARD/HOCKEY-CARD-VALUES/1985-O-PEE-CHEE-MARIO-LEMIEUX-9/77858)

↻ ALL SALES
(/CARD/HOCKEY-CARD-VALUES/1985-O-PEE

## Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

## PSA 8
Latest Values

# $910.57
Average Price ❶

| PSA ▾ | 8 ▾ | | | | | All Listings ▾ | 25 ▾ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/4/2022 | $870.00 | Auction Image | 21 | PWCC Weekly | | | -!- |
| 9/1/2022 | $978.00 | Auction Image | 27 | eBay | probstein123 | 0***j | -!- |
| 8/31/2022 | $850.00 | Auction Image | 6 | eBay | kcgirl* | 2***s | -!- |
| 8/24/2022 | $849.99 | Listing Image | BIN | eBay | thehotcornersports | v***v | -!- |
| 8/23/2022 | $955.00 | Auction | 31 | eBay | dcsports87 | 0***j | -!- |

|  |  | Image |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 8/22/2022 | $1,200.00 | Auction Image | 1 | eBay | nhlbum24 | a***e | -|- |
| 8/21/2022 | $872.69 | Auction Image | 10 | eBay | kcgirl* | h***b | -|- |
| 8/14/2022 | $780.00 | Auction Image | 23 | PWCC Weekly |  |  | -|- |
| 7/17/2022 | $1,020.00 | Auction Image | 25 | PWCC Weekly |  |  | -|- |
| 7/17/2022 | $888.89 | Auction Image | 32 | eBay | 4_sharp_corners | 1***r | -|- |
| 7/8/2022 | $910.00 | Auction Image | 32 | eBay | probstein123 | y***1 | -|- |
| 7/1/2022 | $865.00 | Auction Image | 32 | eBay | mandell2622 | e***n | -|- |
| 6/22/2022 | $1,310.00 | Auction Image | 29 | eBay | probstein123 | 2***- | -|- |
| 6/20/2022 | $1,379.00 | Listing Image | BIN | eBay | sellin.goods | n***z | -|- |
| 6/19/2022 | $870.00 | Auction Image | 26 | PWCC Weekly |  |  | -|- |
| 6/19/2022 | $960.00 | Auction Image | 18 | eBay | 4_sharp_corners | g***l | -|- |
| 6/16/2022 | $1,040.49 | Auction Image | 43 | eBay | blackbeardsportscards | k***e | -|- |
| 6/13/2022 | $1,250.00 | Auction Image | 32 | eBay | vahoota | 9***v | -|- |
| 5/29/2022 | $910.00 | Image | 32 | eBay | 4_sharp_corners | l***d | -|- |
| 5/22/2022 | $1,399.00 | Image | BIN | eBay | kegro_55 | 1***u | -|- |
| 5/15/2022 | $953.85 | Image | 25 | eBay | al14652 | j***j | -|- |
| 5/15/2022 | $1,076.75 | Image | 20 | eBay | 4_sharp_corners | c***s | -|- |
| 5/8/2022 | $1,031.26 | Image | 46 | eBay | terrynb | r***l | -|- |
| 4/24/2022 | $1,110.00 | Auction Image | 18 | PWCC Weekly |  |  | -|- |
| 4/24/2022 | $1,046.05 | Image | 37 | eBay | speedyarc6868 | s***e | -|- |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy) | Terms (/policies) | Advertise with Us (/site/contact?type=c) | (/site/contact)

Links (/links)

Report a Problem on this Page





bbcexchange 



★ Hall of Fame ★

# Patrick Roy

1986 O-Pee-Chee #53

AVAILABLE FOR PURCHASE (60 LISTINGS)

| | |
|---|---|
| Category: | Hockey |
| Player: | Patrick Roy (/name-search/Patrick-Roy/hockey-cards) |
| Card Number: | 53 |
| Year: | 1986 |
| Set Name: | 1986 O-Pee-Chee (/set/hockey-card-set-values/1986-o-pee-chee/2261) |
| Cards in Set: | 264 |

➕ ADD TO MY COLLECTION          ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/HOCKEY-CARD-VALUES/1986-O-PEE-CHEE-PATRICK-ROY-53/77242)

↺ ALL SALES
(/CARD/HOCKEY-CARD-VALUES/1986-O-PEE

### Sales History by Grader/Grade



All   5y   3y   1y   6m   3m   1m

## PSA 8
Latest Values

# $475.97
Average Price ❶

| PSA ⬍ | 8 ⬍ | | | | | All Listings ⬍ | 25 ⬍ |
|---|---|---|---|---|---|---|---|
| **DATE** | **PRICE** | **LINK** | **BIDS** | **AUCTION** | **SELLER** | **BUYER** | **REPORT** |
| 9/6/2022 | $503.40 | Auction Image | 18 | eBay | eggy1963 | -***g | -\|- |
| 8/20/2022 | $445.69 | Auction Image | 32 | eBay | pointblanket | n***e | -\|- |
| 8/16/2022 | $430.00 | Auction Image | 32 | eBay | hkjohnson1994 | p***e | -\|- |
| 8/14/2022 | $503.09 | Auction Image | 31 | eBay | neon-cardhouse | 1***u | -\|- |
| 8/6/2022 | $499.99 | Listing | BIN | eBay | jonnyrodz | a***4 | -\|- |

| | | Image | | | | | |
|---|---|---|---|---|---|---|---|
| 8/3/2022 | $475.00 | Listing Image | BIN | eBay | josgoce-0 | s***a | -l- |
| 7/3/2022 | $458.00 | Auction Image | 30 | eBay | 4_sharp_corners | y***1 | -l- |
| 6/23/2022 | $482.60 | Auction Image | 36 | eBay | comc_consignment | 3***d | -l- |
| 6/18/2022 | $570.02 | Listing Image | BIN | eBay | mnrmto | s***1 | -l- |
| 6/13/2022 | $440.00 | Auction Image | 52 | eBay | probstein123 | s***r | -l- |
| 6/12/2022 | $480.00 | Auction Image | 16 | PWCC Weekly | | | -l- |
| 5/2/2022 | $615.00 | Image | 60 | eBay | joe87171 | l***s | -l- |
| 5/1/2022 | $570.00 | Image | 19 | eBay | 4_sharp_corners | m***m | -l- |
| 4/30/2022 | $749.99 | Image | BIN | eBay | seahawk333 | t***t | -l- |
| 4/29/2022 | $582.22 | Image | 10 | eBay | 12dquinn | t***a | -l- |
| 4/24/2022 | $585.95 | Image | 30 | eBay | speedyarc6868 | d***b | -l- |
| 4/20/2022 | $630.00 | Image | 28 | eBay | sports.connection | a***b | -l- |
| 4/9/2022 | $585.00 | Image | 25 | eBay | ry-guy-sports | e***a | -l- |
| 3/23/2022 | $580.00 | Image | 54 | eBay | krukcards | j***_ | -l- |
| 3/22/2022 | $634.99 | Image | BIN | eBay | zamboni_collectibles | r***r | -l- |
| 3/12/2022 | $689.99 | Image | BIN | eBay | amh4302009 | 2***a | -l- |
| 2/22/2022 | $737.78 | Image | BIN | eBay | myflipshop | e***s | -l- |
| 2/18/2022 | $598.62 | Image | 42 | eBay | yvanmaple1234 | o***n | -l- |
| 2/14/2022 | $612.69 | Image | 18 | eBay | potlicker58 | e***e | -l- |
| 2/6/2022 | $689.99 | Image | BIN | eBay | amh4302009 | o***- | -l- |



Download on the App Store

Aim.
Tap.
Values.

VCP Get the VCP App

GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy) | Terms (/policies) | Advertise with Us (/site/contact?type=c) | (/site/contact)
Links (/links)

Report a Problem on this Page

   

bbcexchange

# Mickey Mantle
1964 Bazooka #1



| | |
|---|---|
| **Category:** | Baseball |
| **Player:** | Mickey Mantle (/name-search/Mickey-Mantle/baseball-cards) |
| **Card Number:** | 1 |
| **Year:** | 1964 |
| **Set Name:** | 1964 Bazooka (/set/baseball-card-set-values/1964-bazooka/2678) |
| **Card Size:** | 2-1/2 x 4-11/16 |
| **Cards in Set:** | 36 |

➕ ADD TO MY COLLECTION      ➕ ADD TO MY WANT LIST

---

▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1964-BAZOOKA-MICKEY-MANTLE-1/178937)

↻ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1964-BAZ...

## Sales History by Grader/Grade



All | 5y | 3y | 1y | 6m | 3m | 1m

## PSA 7
Latest Values

# $1,690.00
Average Price ⓘ

| PSA | 7 | | | | | | All Listings | 25 |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 2/2/2022 | $2,450.00 | Image | BIN | eBay | sharpervintage | g***m | -!- |
| 11/20/2021 | $930.00 | Auction Image | 10 | Heritage | | | -!- |
| 2/5/2019 | $475.00 | Image | BIN | eBay | kdpinz | c***e | -!- |
| 10/20/2018 | $400.00 | Image | Best Offer | eBay | robecsportscards | r***t | -!- |
| 8/20/2015 | $600.00 | Image | BIN | eBay | smg79 | d***b | -!- |
| 7/7/2015 | $331.00 | Image | 21 | eBay | rustysetter | 2***5 | -!- |
| 1/15/2015 | $600.00 | Image | BIN | eBay | vintagegradedbaseball | c***6 | -!- |

| 3/16/2014 | $360.00 | Image | 30 | eBay | probstein123 | i***z | - I - |
| 4/30/2012 | $360.00 | Image | BIN | eBay | tripleplayvintage | 8***b | - I - |
| 1/30/2011 | $360.00 | Image | 7 | Greg Bussineau | | | - I - |
| 12/2/2010 | $333.33 | Image | 8 | eBay | crownevintagecards | b***a | - I - |
| 6/2/2010 | $440.00 | Image | Best Offer | eBay | 2myboyz | guns70 | - I - |
| 3/20/2010 | $499.00 | Image | 2 | eBay | tigie | s***b | - I - |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  Links (/links)

(/site/contact)

Report a Problem on this Page

 ≡ _()_     _()_    bbcexchange     🔍



★ Hall of Fame ★
# Mickey Mantle
1961 Bazooka Singles #2

| | |
|---|---|
| **Category:** | Baseball |
| **Player:** | 📇 Mickey Mantle (/name-search/Mickey-Mantle/baseball-cards) |
| **Card Number:** | 2 |
| **Year:** | 1961 |
| **Set Name:** | 1961 Bazooka Singles (/set/baseball-card-set-values/1961-bazooka-singles/2567) |
| **Card Size:** | 1-13/16 x 2-3/4 |
| **Cards in Set:** | 36 |

➕ ADD TO MY COLLECTION                    ➕ ADD TO MY WANT LIST

---

▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1961-BAZOOKA-SINGLES-MICKEY-MANTLE-2/183386)

↻ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1961-BA;

### Sales History by Grader/Grade



[All] 5y 3y 1y 6m 3m 1m

Jan '14    Jan '15    Jan '16    Jul '16    Jan '17    Jul '17    Jul '18    Ju
2014        2016        2016              2017      2018

## PSA 7
Latest Values

# $1,440.00
Average Price ⓘ

| PSA ⬍ | 7 ⬍ |   | | | | All Listings ⬍ | 25 ⬍ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 11/20/2021 | $1,440.00 | Auction Image | 10 | Heritage | | | - \| - |
| 4/20/2018 | $552.00 | Auction Image | 8 | Heritage | | | - \| - |
| 10/2/2016 | $775.55 | Image | 21 | eBay | pwcc_auctions | r***r | - \| - |
| 1/31/2016 | $720.00 | Auction Image | 12 | Love of the Game | | | - \| - |
| 8/8/2013 | $635.25 | Image | 25 | eBay | prewarcardcollector | n***t | - \| - |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  Report a Problem on this Page

Links (/links)                                                                                              (/site/contact)

 ≡   bbcexchange  🔍



★ Hall of Fame ★
# Mickey Mantle
1968 Bazooka

| | |
|---|---|
| Category: | Baseball |
| Player: | Mickey Mantle (/name-search/Mickey-Mantle/baseball-cards) |
| Variation: | Hand Cut |
| Year: | 1968 |
| Set Name: | 1968 Bazooka (/set/baseball-card-set-values/1968-bazooka-/2331) |
| Card Size: | 1-1/4 x 3-1/8 |

➕ ADD TO MY COLLECTION          ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1968-BAZOOKA-MICKEY-MANTLE-HAND-CUT/183387)

↺ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1968-BAZ...

## Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

## PSA 7
Latest Values

## $1,300.00
Average Price ❶

| PSA | 7 |  | | | | All Listings | 25 |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 5/30/2018 | $1,300.00 | Image | Best Offer | eBay | robecsportscards | g***m | - ! - |
| 2/4/2017 | $1,250.00 | Image | Best Offer | eBay | americard | i***i | - ! - |
| 2/7/2016 | $965.88 | Image | 33 | eBay | mvhobbiesevents | s***2 | - ! - |
| 5/11/2014 | $585.00 | Image | 20 | eBay | snuffit77 | n***k | - ! - |



Download on the App Store     Aim. Tap. Values     GET IT ON Google Play — Also available on Google Play
⌵CP Get the VCP App

9/11/22, 12:40 PM

values.

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy) | Terms (/policies) | Advertise with Us (/site/contact?type=c) | Links (/links)

(/site/contact)

Report a Problem on this Page



★ Hall of Fame ★
# Hank Aaron
### 1954 Topps #128

AVAILABLE FOR PURCHASE (42 LISTINGS)

| | |
|---|---|
| Category: | Baseball |
| Player: | 📇 Hank Aaron (/name-search/Hank-Aaron/baseball-cards) |
| Card Number: | 128 |
| Year: | 1954 |
| Set Name: | 1954 Topps (/set/baseball-card-set-values/1954-topps/392) |
| Card Size: | 2-5/8 x 3-3/4 |
| Cards in Set: | 250 |

➕ ADD TO MY COLLECTION      ➕ ADD TO MY WANT LIST



▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1954-TOPPS-HANK-AARON-128/67552)

bbcexchange

↻ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1954-TOI

## Sales History by Grader/Grade



All 5y 3y 1y 6m 3m 1m

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10. Apr | 10. May | 12. Jul | 16. Aug | 25. Oct | 15. Nov | 29. Nov | 12. Dec | 11. Apr | 20. Jun |

2007    2010    2013    2016    2019    2022

# PSA 7
Latest Values

# $17,273.70
Average Price ❶

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/6/2022 | $19,178.00 | Listing Image | BIN | PWCC Fixed Price | | | - ! - |
| 6/29/2022 | $16,750.00 | Listing Image | BIN | PWCC Fixed Price | | | - ! - |
| 6/16/2022 | $18,000.00 | Auction Image | 12 | PWCC Premier | | | - ! - |
| 5/21/2022 | $15,561.60 | Auction Image | 11 | Memory Lane | | | - ! - |

Case 1:22-cr-00036-HYJ   ECF No. 39-2,   PageID.220   Filed 09/13/22   Page 54 of 68

9/11/22, 12:41 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/21/2022 | $14,146.80 | Auction Image | 11 | Memory Lane | | | -\|- |
| 4/10/2022 | $16,800.00 | Auction Image | 15 | Goldin | | | -\|- |
| 3/22/2022 | $17,700.00 | Image | 36 | eBay | vintage_card_investor | e***h | -\|- |
| 12/12/2021 | $18,000.00 | Auction Image | 30 | PWCC Monthly | | | -\|- |
| 12/5/2021 | $16,200.00 | Image | 55 | eBay | bhwatts2000 | p***j | -\|- |
| 12/5/2021 | $22,200.00 | Auction Image | 38 | REA | | | -\|- |
| 11/27/2021 | $15,988.90 | Image | 65 | eBay | camaroman667 | j***b | -\|- |
| 11/20/2021 | $13,800.00 | Auction Image | 18 | Heritage | | | -\|- |
| 11/3/2021 | $21,000.00 | Image | BIN | eBay | phd_in_smartology | r***a | -\|- |
| 10/26/2021 | $18,600.00 | Image | 2 | eBay | powerhousebuy | s***7 | -\|- |
| 8/22/2021 | $13,200.00 | Auction Image | 11 | Heritage | | | -\|- |
| 8/22/2021 | $13,800.00 | Auction Image | 12 | Heritage | | | -\|- |
| 8/15/2021 | $17,525.00 | Image | 52 | eBay | pwcc_auctions | t***e | -\|- |
| 8/15/2021 | $18,600.00 | Auction Image | 20 | REA | | | -\|- |
| 7/11/2021 | $26,745.60 | Auction Image | 20 | Memory Lane | | | -\|- |
| 6/13/2021 | $15,200.00 | Image | 56 | eBay | pwcc_vault | d***r | -\|- |
| 5/8/2021 | $19,800.00 | Auction Image | 17 | Heritage | | | -\|- |
| 5/8/2021 | $26,400.00 | Auction Image | 18 | Heritage | | | -\|- |
| 4/22/2021 | $18,877.00 | Image | 40 | eBay | probstein123 | g***o | -\|- |
| 4/15/2021 | $19,000.00 | Image | 48 | eBay | sportsandsorts | y***e | -\|- |
| 4/13/2021 | $24,041.00 | Image | 48 | eBay | pwcc_auctions | r***s | -\|- |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)    Report a Problem on this Page
Links (/links)

   bbcexchange 

★ Hall of Fame ★
# Ty Cobb
### 1909 White Borders Piedmont & Sweet Caporal #96

AVAILABLE FOR PURCHASE (6 LISTINGS)

| | |
|---|---|
| Category: | Baseball |
| Player: | Ty Cobb (/name-search/Ty-Cobb/baseball-cards) |
| Variation: | Portrait-Red Background |
| Card Number: | 96 |
| Year: | 1909 |
| ACC #: | T206 |
| Set Name: | 1909 White Borders Piedmont & Sweet Caporal (/set/baseball-card-set-values/1909-white-borders-piedmont-sweet-caporal/244) |
| Card Size: | 1-7/16 x 2-5/8 |
| Cards in Set: | 524 |

[+] ADD TO MY COLLECTION    [+] ADD TO MY WANT LIST

[:::] VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1909-WHITE-BORDERS-PIEDMONT-SWEET-CAPORAL-TY-COBB-96-PORTRAIT-RED-BACKGROUND/34469)

[⟲] ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1909-WH

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

## PSA 2
Latest Values

# $4,826.20
Average Price ⓘ

| PSA ▾ | 2 ▾ | | | | | All Listings ▾ | 25 ▾ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 7/1/2022 | $5,250.00 | Auction Image | 54 | eBay | jakha_3796 | j***- | -!- |
| 11/19/2021 | $4,700.00 | Auction Image | 30 | PWCC Monthly | | | -!- |
| 10/9/2021 | $4,952.40 | Auction Image | 10 | Memory Lane | | | -!- |

| 9/16/2021 | $4,494.00 | Image | 33 | eBay | mc_sportscards | e***n | - I - |
| 6/9/2021 | $4,222.80 | Auction Image | 18 | Clean Sweep | | | - I - |
| 6/9/2021 | $5,370.00 | Auction Image | 20 | Clean Sweep | | | - I - |
| 6/2/2021 | $5,917.00 | Image | BIN | eBay | pwcc_vault | r***t | - I - |
| 5/23/2021 | $3,997.50 | Auction Image | 15 | Goldin | | | - I - |
| 5/23/2021 | $5,640.00 | Auction Image | 54 | REA | | | - I - |
| 4/8/2021 | $4,400.00 | Image | 34 | eBay | pwcc_vault | i***i | - I - |
| 4/2/2021 | $6,063.60 | Auction Image | 18 | Lelands | | | - I - |
| 2/21/2021 | $5,000.00 | Image | BIN | eBay | dreamzsportscards | i***f | - I - |
| 1/21/2021 | $4,301.69 | Image | 46 | eBay | probstein123 | o***2 | - I - |
| 11/1/2020 | $3,735.22 | Image | BIN | eBay | gmcards2 | d***h | - I - |
| 10/10/2020 | $2,828.40 | Auction Image | 10 | Memory Lane | | | - I - |
| 7/28/2020 | $2,749.89 | Image | 39 | eBay | zulujunkie | 1***t | - I - |
| 6/25/2020 | $2,838.00 | Image | 19 | eBay | betappende-0 | s***s | - I - |
| 6/8/2020 | $3,600.00 | Image | BIN | eBay | rookieofthehill | 2***k | - I - |
| 5/30/2020 | $2,570.40 | Auction Image | 13 | Memory Lane | | | - I - |
| 5/11/2020 | $3,301.00 | Image | 49 | eBay | probstein123 | e***t | - I - |
| 4/12/2020 | $2,500.00 | Image | BIN | eBay | www.707sportscards.com | 7***m | - I - |
| 4/12/2020 | $2,550.00 | Image | 35 | eBay | pwcc_auctions | r***h | - I - |
| 12/7/2019 | $1,920.00 | Auction Image | 11 | Heritage | | | - I - |
| 8/18/2019 | $2,400.00 | Auction Image | 41 | REA | | | - I - |



Aim.
Tap.
Values.

Download on the App Store

Get the VCP App

GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.
Privacy Policy (/privacy-policy) | Terms (/policies) | Advertise with Us (/site/contact?type=c) | (/site/contact)
Links (/links)

Report a Problem on this Page

https://vintagecardprices.com/card/baseball-card-values/1909-White...dmont-Sweet-Caporal-Ty-Cobb-96-Portrait-Red-Background/34469/PSA/2          Page 2 of 2

 ≡_()  /⌂\  bbcexchange 👤 🔍



★ Hall of Fame ★
# Babe Ruth
1933 Goudey #149

AVAILABLE FOR PURCHASE (13 LISTINGS)

| | |
|---|---|
| Category: | Baseball |
| Player: | 🔖 Babe Ruth (/name-search/Babe-Ruth/baseball-cards) |
| Card Number: | 149 |
| Year: | 1933 |
| ACC #: | R319 |
| Set Name: | 1933 Goudey (/set/baseball-card-set-values/1933-goudey/130) |
| Card Size: | 2-3/8 x 2-7/8 |
| Cards in Set: | 243 |

➕ ADD TO MY COLLECTION        ➕ ADD TO MY WANT LIST

---

| ▦ VIEW GRID (/CARD/BASEBALL-CARD-VALUES/1933-GOUDEY-BABE-RUTH-149/44507) | ↻ ALL SALES (/CARD/BASEBALL-CARD-VALUES/1933-GO |
|---|---|

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

| Apr '19 | Jul '19 | Sep '19 | Nov '19 | Jan '20 | May '20 | Sep '20 | Nov '21 | Feb '22 | May '22 |

| 2006 | 2009 | 2011 | 2016 | 2018 | 2019 |

# PSA 3
Latest Values

# $17,471.93
Average Price ❶

| PSA ⬍ | 3 ⬍ | | | | | All Listings ⬍ | 25 ⬍ |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 8/7/2022 | $19,357.20 | Auction Image | 28 | Goldin | | | -:- |
| 6/19/2022 | $15,000.00 | Auction Image | 3 | eBay | sportscardsstation | g***y | -:- |
| 5/14/2022 | $16,800.00 | Auction Image | 27 | Heritage | | | -:- |
| 2/18/2022 | $20,000.00 | Image | BIN | eBay | vintage_card_investor | 1***f | -:- |

| 2/3/2022 | $18,506.40 | Auction Image | 17 | Clean Sweep | | | - I - |
| 12/5/2021 | $15,000.00 | Auction Image | 45 | REA | | | - I - |
| 11/22/2021 | $20,049.90 | Image | 41 | eBay | probstein123 | s***7 | - I - |
| 10/9/2021 | $15,168.00 | Auction Image | 19 | Memory Lane | | | - I - |
| 3/20/2021 | $14,682.00 | Auction Image | 20 | Memory Lane | | | - I - |
| 8/28/2020 | $8,098.00 | Auction Image | 20 | SCP Auctions | | | - I - |
| 7/14/2020 | $7,100.00 | Image | 41 | eBay | pwcc_auctions | v***d | - I - |
| 4/19/2020 | $5,101.00 | Image | 52 | eBay | kencope | l***8 | - I - |
| 2/20/2020 | $7,134.00 | Auction Image | 21 | Huggins & Scott | | | - I - |
| 12/31/2019 | $6,900.00 | Image | BIN | eBay | cory_addiejoss | k***t | - I - |
| 12/8/2019 | $5,520.00 | Auction Image | 37 | REA | | | - I - |
| 12/8/2019 | $5,760.00 | Auction Image | 39 | REA | | | - I - |
| 10/11/2019 | $6,154.40 | Auction Image | 13 | Mile High | | | - I - |
| 9/28/2019 | $5,500.00 | Image | BIN | eBay | photofireimpressions | 1***9 | - I - |
| 7/20/2019 | $5,400.00 | Auction Image | 19 | Heritage | | | - I - |
| 7/18/2019 | $4,749.00 | Image | 39 | eBay | steve_novella | v***v | - I - |



Aim.
Tap.
Values.

Download on the App Store
Get the VCP App

GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)

Links (/links)

Report a Problem on this Page

   

bbcexchange

# Joe Jackson
## 1916 Sporting News #87



| | |
|---|---|
| Category: | Baseball |
| Player: | Joe Jackson (/name-search/Joe-Jackson/baseball-cards) |
| Card Number: | 87 |
| Year: | 1916 |
| ACC #: | M101-4 |
| Set Name: | 1916 Sporting News (/set/baseball-card-set-values/1916-sporting-news/160) |
| Card Size: | 1-5/8 x 3 |
| Cards in Set: | 201 |

**➕ ADD TO MY COLLECTION**   **➕ ADD TO MY WANT LIST**

**▦ VIEW GRID**
(/CARD/BASEBALL-CARD-VALUES/1916-SPORTING-NEWS-JOE-JACKSON-87/42197)

**↺ ALL SALES**
(/CARD/BASEBALL-CARD-VALUES/1916-SP(

### Sales History by Grader/Grade



## PSA 6
Latest Values

## $34,800.00
Average Price ℹ

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT | EXTRA |
|---|---|---|---|---|---|---|---|---|
| 8/14/2022 | $34,800.00 | Auction Image | 29 | REA | | | - I - | |
| 8/22/2021 | $27,600.00 | Auction Image | 25 | Heritage | | | - I - | Blank back |
| 4/18/2019 | $11,400.00 | Auction Image | 14 | Heritage | | | - I - | Blank back |
| 6/4/2018 | $12,000.00 | Image | Best Offer | eBay | bowtie454 | b***a | - I - | |
| 1/28/2018 | $13,200.00 | Image | Best Offer | eBay | gregbussineau | i***i | - I - | Blank back |

| 11/11/2017 | $11,421.60 | Image | 6 | Goodwin | | | -!- | Blank back |
| 11/19/2016 | $7,170.00 | Auction Image | 14 | Heritage | | | -!- | |
| 9/6/2016 | $8,453.00 | Image | 55 | eBay | pwcc_auctions | n***e | -!- | |
| 5/2/2016 | $8,500.00 | Image | Best Offer | eBay | prewarjohnny | 0***c | -!- | Blank back |
| 4/6/2016 | $8,300.00 | Image | 31 | eBay | pwcc_auctions | |***| | -!- | |
| 8/23/2015 | $7,530.00 | Auction Image | 14 | SCP Auctions | | | -!- | |
| 2/19/2015 | $8,475.00 | Image | Best Offer | eBay | davidssportscards | c***r | -!- | |
| 8/31/2011 | $7,475.00 | Image | 42 | Sports Card Link | | | -!- | |
| 4/20/2011 | $7,965.00 | Image | 9 | eBay | brsz | y***o | -!- | |
| 11/19/2010 | $10,072.50 | Image | 23 | Legendary | | | -!- | |
| 8/18/2006 | $7,753.83 | | | Mastro | | | -!- | Blank back |



Aim.
Tap.
Values.

Download on the App Store

Get the VCP App

GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)
Links (/links)

Report a Problem on this Page



# Joe Jackson
## 1914 Cracker Jack #103

| | |
|---|---|
| Category: | Baseball |
| Player: | 📧 Joe Jackson (/name-search/Joe-Jackson/baseball-cards) |
| Card Number: | 103 |
| Year: | 1914 |
| ACC #: | E145-1 |
| Set Name: | 1914 Cracker Jack (/set/baseball-card-set-values/1914-cracker-jack/30) |
| Card Size: | 2-1/4 x 3 |

➕ ADD TO MY COLLECTION　　　　　➕ ADD TO MY WANT LIST

⊞ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1914-CRACKER-JACK-JOE-JACKSON-103/51583)

↺ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1914-CRA...

### Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

## PSA 5
Latest Values

## $240,000.00
Average Price ⓘ

| PSA ⬍ | 5 ⬍ |

All Listings ⬍　25 ⬍

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 1/28/2022 | $240,000.00 | Auction Image | 27 | Heritage | | | -\|- |
| 8/8/2021 | $116,400.00 | Auction Image | 19 | Goldin | | | -\|- |
| 4/30/2017 | $84,000.00 | Auction Image | 27 | REA | | | -\|- |
| 2/14/2008 | $22,886.70 | Auction Image | 17 | Mile High | | | -\|- |
| 8/10/2007 | $745.98 | | 21 | eBay | perpetualtime | starseeker15 | -\|- |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |    Report a Problem on this Page
Links (/links)                                                                          (/site/contact)

Case 1:22-cr-00036-HYJ  ECF No. 39-2, PageID.229  Filed 09/13/22  Page 63 of 68

9/11/22, 2:42 PM

 ≡ _()_   bbcexchange  🔍





# 1963 Rookie Stars
1963 Topps #537

AVAILABLE FOR PURCHASE (64 LISTINGS)

| | |
|---|---|
| Category: | Baseball |
| Players: | 📇 Pete Rose (/name-search/Pete-Rose/baseball-cards) |
| | 📇 Ken McMullen (/name-search/Ken-McMullen/baseball-cards) |
| | 📇 Pedro Gonzalez (/name-search/Pedro-Gonzalez/baseball-cards) |
| | 📇 Al Weiss (/name-search/Al-Weiss/baseball-cards) |
| Card Number: | 537 |
| Year: | 1963 |
| Set Name: | 1963 Topps (/set/baseball-card-set-values/1963-topps/1806) |
| Card Size: | 2-1/2 x 3-1/2 |
| Cards in Set: | 583 |

➕ ADD TO MY COLLECTION     ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1963-TOPPS-1963-ROOKIE-STARS-537/169887)

↻ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1963-TOI

## Sales History by Grader/Grade



| All | 5y | 3y | 1y | 6m | 3m | 1m |

## PSA 8
Latest Values

# $16,278.97
Average Price ℹ

| PSA | 8 |  | | | All Listings | 25 |

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 9/4/2022 | $17,400.00 | Auction Image | 42 | PWCC Weekly | | | -!- |
| 8/18/2022 | $18,000.00 | Auction Image | 12 | PWCC Premier | | | -!- |
| 8/7/2022 | $18,098.20 | Auction Image | 13 | Mile High | | | -!- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/23/2022 | $12,600.00 | Auction Image | 14 | Heritage | | | -|- |
| 5/21/2022 | $15,561.60 | Auction Image | 11 | Memory Lane | | | -|- |
| 5/14/2022 | $15,000.00 | Auction Image | 16 | Heritage | | | -|- |
| 3/16/2022 | $18,077.00 | Image | 61 | eBay | probstein123 | p***s | -|- |
| 2/19/2022 | $13,693.20 | Auction Image | 13 | Memory Lane | | | -|- |
| 1/6/2022 | $16,500.00 | Image | 1 | eBay | blackwolf21 | f***k | -|- |
| 11/14/2021 | $16,000.00 | Auction Image | 30 | PWCC Monthly | | | -|- |
| 11/11/2021 | $11,318.50 | Auction Image | 16 | Mile High | | | -|- |
| 10/24/2021 | $10,500.00 | Auction Image | 32 | PWCC Monthly | | | -|- |
| 10/9/2021 | $11,691.60 | Auction Image | 10 | Memory Lane | | | -|- |
| 9/19/2021 | $9,000.00 | Image | 48 | eBay | sinatraatthesands | a***h | -|- |
| 8/22/2021 | $10,800.00 | Auction Image | 17 | Heritage | | | -|- |
| 8/16/2021 | $11,215.00 | Image | 33 | eBay | gmcards2 | t***a | -|- |
| 8/16/2021 | $12,000.00 | Image | BIN | eBay | zales45 | e***a | -|- |
| 8/8/2021 | $11,070.00 | Auction Image | 15 | Goldin | | | -|- |
| 8/5/2021 | $14,779.70 | Auction Image | 12 | Mile High | | | -|- |
| 7/30/2021 | $10,900.00 | Image | 59 | eBay | pwcc_auctions | a***l | -|- |
| 7/24/2021 | $10,500.00 | Auction Image | 18 | Heritage | | | -|- |
| 7/24/2021 | $10,200.00 | Auction Image | 13 | Heritage | | | -|- |
| 6/23/2021 | $12,313.60 | Image | 50 | eBay | probstein123 | n***1 | -|- |



© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)
Links (/links)

Report a Problem on this Page

 ≡_()_  _()_ bbcexchange  Q



★ Hall of Fame ★
# Ty Cobb
1933 Goudey Sport Kings #1

AVAILABLE FOR PURCHASE (2 LISTINGS)

| | |
|---|---|
| Category: | Baseball |
| Player: | 🔖 Ty Cobb (/name-search/Ty-Cobb/baseball-cards) |
| Card Number: | 1 |
| Year: | 1933 |
| ACC #: | R338 |
| Set Name: | 1933 Goudey Sport Kings (/set/baseball-card-set-values/1933-goudey-sport-kings/134) |
| Card Size: | 2-3/8 x 2-7/8 |

➕ ADD TO MY COLLECTION          ➕ ADD TO MY WANT LIST

▦ VIEW GRID
(/CARD/BASEBALL-CARD-VALUES/1933-GOUDEY-SPORT-KINGS-TY-COBB-1/44261)

↺ ALL SALES
(/CARD/BASEBALL-CARD-VALUES/1933-GO|

## Sales History by Grader/Grade



All  5y  3y  1y  6m  3m  1m

## PSA 4
Latest Values

# $4,554.00
Average Price ⓘ

| PSA | 4 | | | | | All Listings | 25 |
|---|---|---|---|---|---|---|---|

| DATE | PRICE | LINK | BIDS | AUCTION | SELLER | BUYER | REPORT |
|---|---|---|---|---|---|---|---|
| 10/9/2021 | $4,554.00 | Auction Image | 19 | Memory Lane | | | -!- |
| 4/4/2021 | $5,227.50 | Auction Image | 24 | Love of the Game | | | -!- |
| 12/11/2020 | $3,775.00 | Auction Image | 10 | SCP Auctions | | | -!- |
| 7/31/2020 | $2,640.00 | Auction Image | 16 | Heritage | | | -!- |

| 5/19/2020 | $1,850.00 | Image | BIN | eBay | aztechengineer | t***n | -1- |
| 4/23/2020 | $2,750.00 | Image | BIN | eBay | www.707sportscards.com | o***o | -1- |
| 8/18/2019 | $1,680.00 | Auction Image | 29 | REA | | | -1- |
| 6/9/2019 | $1,558.33 | Image | 42 | eBay | fairbrickcoinc | l***g | -1- |
| 3/24/2019 | $1,800.00 | Auction Image | 20 | REA | | | -1- |
| 10/28/2018 | $1,920.00 | Auction Image | 25 | REA | | | -1- |
| 3/11/2018 | $1,300.00 | Image | 27 | eBay | pwcc_auctions | r***1 | -1- |
| 5/8/2017 | $1,292.00 | Image | 30 | eBay | pwcc_auctions | i***a | -1- |
| 4/30/2017 | $1,300.00 | Image | 32 | eBay | m.l.collectibles | o***_ | -1- |
| 10/12/2016 | $1,255.00 | Image | 38 | eBay | pwcc_auctions | e***e | -1- |
| 6/25/2016 | $1,225.00 | Image | Best Offer | eBay | californiacopia | x***g | -1- |
| 5/14/2016 | $1,195.00 | Auction Image | 11 | Heritage | | | -1- |
| 5/9/2016 | $1,424.00 | Image | 34 | eBay | pwcc_auctions | i***r | -1- |
| 11/30/2015 | $1,347.00 | Image | 45 | eBay | triplesssinc | 9***2 | -1- |
| 10/4/2014 | $999.95 | Image | BIN | eBay | 1oldcardman | c***6 | -1- |
| 3/20/2014 | $750.00 | Image | 2 | eBay | dorskins | 6***6 | -1- |
| 1/15/2014 | $1,099.00 | Image | BIN | eBay | jcc6252 | 1***8 | -1- |
| 12/19/2013 | $699.99 | Image | 1 | eBay | patty1882 | a***a | -1- |



Aim.
Tap.
Values.

Download on the App Store

Get the VCP App

GET IT ON Google Play
Also available on Google Play

© 2006-2022 Vintage Card Prices, Inc.

Privacy Policy (/privacy-policy)  |  Terms (/policies)  |  Advertise with Us (/site/contact?type=c)  |  (/site/contact)

Links (/links)

Report a Problem on this Page

https://vintagecardprices.com/card/baseball-card-values/1933-Goudey-Sport-Kings-Ty-Cobb-1/44261/PSA/4

Page 2 of 2





Imaged by Heritage Auctions, HA.com

Sold on Nov 17, 2016 for:

**$31,070.00**

includes Buyer's Premium (BP) ❓

Bid Source: Internet bidder

Get one of these:

**View Recent Offers on
Sold Items in this category**

Share this lot

    

Claim Item:
Sign-in

**Track Item**

**Printable Auction Results**

 

**Add a Note**          **Sell One of These**          **Currency Converter**

📖 **Description**          ⓘ **Auction Info**          ≡ **Guides & Info**

# 📖 Description

**1916 M101-5 Blank Back (Sporting News) Jim Thorpe #176 PSA NM-MT 8 - Pop Two, One Higher!** Jim Thorpe's exploits on the gridiron have become the stuff of folklore, making it impossible to calculate the ratio of fact to exaggeration, but there is no question that he was the most talented football star of his age. The stories of his halftime

Hi **Philip!**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

ebay

Shop by category

🔍 Search for anything

All Categories ▾

Search

Advanced

Back to search results  |  Listed in category:  Sports Memorabilia, Fan Shop & Sports Cards  ❯  Sports Trading Cards & Accessories  ❯  Sports Trading Card Singles

Share

Bidding has ended on this item.

## 1911 T205 Ty Cobb Gold Border SGC 2.5 Graded Detroit Tigers HOF Baseball Card See original listing



Sell one like this

| | |
|---|---|
| Condition: | **Used** |
| Ended: | Jul 31, 2022, 8:00PM |
| Winning bid: | **US $3,951.99** [ 35 bids ] |
| Shipping: | **FREE**  Secure delivery with signature confirmation |
| Located in: | Natural Bridge Station, Virginia, United States |
| Seller: | themrbeard (5283  )  |  Seller's other items |

## Related sponsored items

Feedback on our suggestions

‹ ›

| (25-Ct Lot) TY COBB 1994 Upper Deck GM Promo Cards DETROIT | TY COBB DETROIT TIGERS 1988 CARD COLLECTORS CO. | Tigers Ty Cobb Writing Sample 3.5x5.5 HOF Plaque Postcard BAS | Ty Cobb Detroit Tigers 2010 Topps Tribute Blue Refractor #TR-TC #1/75 | Tigers Ty Cobb Writing Sample 3.5x5.5 HOF Plaque Postcard BAS | Tigers Ty Cobb Writing Sample 3.5x5.5 HOF Plaque Postcard BAS | Tig Sa Pla |
|---|---|---|---|---|---|---|
| **$19.99** | **$3.99** | **$129.99** | **$299.99** | **$129.99** | **$129.99** | **$1** |
| + $4.85 shipping | + $1.50 shipping | $154.80 16% off | $338.99 12% off | $154.80 16% off | $154.80 16% off | $18 |
| Seller 100% positive | Seller 99.9% positive | + $7.99 shipping | Free shipping | + $7.99 shipping | + $7.99 shipping | ~ $ |
| | | Seller 100% positive | Seller 99.3% positive | Seller 100% positive | Seller 100% positive | Sel |