UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    No. 1:22-CR-36

v.                                               Hon. Hala Y. Jarbou
                                                       Chief United States District Judge

BRYAN ALAN KENNERT,

        Defendant.
_____/

**MOTION FOR LEAVE TO FILE EXHIBIT TO SENTENCING**
**MEMORANDUM UNDER RESTRICTED ACCESS**

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Davin M. Reust, Assistant United States Attorney, and moves the Court for leave to file Exhibit 1 to the Government's Sentencing Memorandum under restricted access in the above case for the reason that the exhibit is a prior presentence report and contains confidential information of the defendant and should not be made part of the public docket.  The government requests that access be limited to the Court and the parties.

                                                                 Respectfully submitted,
                                                                 MARK A. TOTTEN
                                                                 United States Attorney

Dated: September 13, 2022                /s/ Davin M. Reust
                                                                 DAVIN M. REUST
                                                                 Assistant United States Attorney
                                                                 P.O. Box 208
                                                                 Grand Rapids, MI  49501-0208
                                                                (616) 456-2404