UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN ALAN KENNERT,

    Defendant.
_____/

Case No. 1:22-cr-36

Hon. Hala Y. Jarbou
Chief United States District Judge

**DEFENDANT'S MOTION FOR VARIANCE
PURSUANT TO 18 U.S.C. § 3553(a)**

NOW COMES The defendant, Bryan Alan Kennert, by and through his attorney, Assistant Federal Public Defender Joanna C. Kloet, and pursuant to *Gall v. United States*, 128 S. Ct. 586 (1997) and *United States v. Grossman*, 513 F.3d 592 (6th Cir. 2008), and 18 U.S.C. § 3553(a), respectfully requests that this Honorable Court grant a variance from the applicable guidelines in this case. The reasons in support of this request are set forth in the Sentencing Memorandum and Brief in Support of a Motion for Downward Variance.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: September 13, 2022

/s/ Joanna C. Kloet
JOANNA C. KLOET
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420