# Attachment 2

# Allocution Letter

1) What are your best accomplishments?

   As I look back at my life helping family and others.  The little things, loving my mother taking care of her when there was no one else, spending the last years together when there was no one else.  That is my best accomplishment taking care of the helpless to serve my penance.

2) What are your best attributes?

   In the real world I like to be warm, friendly, loyal, dependable, open minded, thoughtful, wise, mature, courageous, observant, punctual, logical, self reliant, independent, patient, perceptive, ambitious, respectful, appreciative.

3) What have you done that you are most proud of?

   Takeing care of my mom 8 years before her death gave me appreciation for life and death.  I wasn't there most of my life so I gave mine to hers.  My mom took care of me when I was young it was the least I could do.

4) What are my short term goals?

   Well it would be nice to learn a real marketable skill that could be used to lead to real employment.  Something I could do in the real world.

5) What are your long term goals?

   Well if I do go to prison I lose all my healthcare.  So first and foremost I will need to reestablish insurance and paperworks since I won't have a car and I may not have a home and I won't be take into halfway house (since I can't walk good to work for a job that's only in Grand Rapids) at that time since my health may be much worse I will most likely file for disability which won't bring the money I need for the fines, fees, and restitution.

6) Why is your offense serious?

   It is serious because I broke someone's trust.

7) How would leniency promote your respect for the law?

   I have kept out of trouble for almost 30 years.  I have done fine overseas where I was respected and honored for my experience.  My issue was not respecting the law by the dire issue I was faceing at the time.  I just made a very bad choice.

8) What do you believe to be a just punishment for your offense and why?

   I belief if you take away the unbelievable amount the prosecution is claiming and use the amount I plead guilty to 43,00 then the guidelines relate to around 12 months.  I belief home

confinement and arrest should be fair and trust I am hoping to find employment some able to pay the restitution within the time of sentence and supervised release. This gives the victims the best way to get the money back quickly.

9) Why will giving you leniency protect the public from further crimes by you?
   I've been trying to find a decent job in the last year to get a head start on restitution. Thinking this was very easy it was not. Since I have to look at health issues and what I can do complicates issues. Since my health failings my life has changed dramatically. I just want to take care of my responsibilities and live the rest of my life in peace. I will not do anything else wrong the rest of my life. I have done very well on bond an it should be a fine example of how I will accomplish my life task.

10) Do you need educational training? Do you need medical care?
    Yes I think something I can do in a field I can get into that can benefit me where I can pay all my payments off. Seems background checks are my biggest hurdle so I defint y need help in that area.
    In medical care of course. I have a primary doctor, a cardiologist and a liver specialist. I spend a lot time between them and I try to take my meds and follow all the tests they ask me to do.

11) Why should the judge give you a break in determining the sufficient but not greater than necessary sentence?
    For my stupidity in early life I learned a lot for thirty years I've carried the burdens of those errors in life. I had very hard times getting employment even turned down for schooling. When I obtaining employment overseas it changed my life as it was based on my skill not my past. When I came back to the U.S. I though enough times had passed but it was worse so I gave up. My rock (my mother) got sick with dementia and she became worse physicaly and mentally before my eyes. After she died my best friend was gone and I had to pick up the pieces. All the bills funeral and nursing home just got worse. So that lead me to this dark tunnel and place. I wish I just I had a decent job I would have never been so desperate at the time. Every day I've doing penance since. I feel the greatest sentence is for me to work and pay my responsibilities. I feel the greatest sentence would be to have me work and fullfill these goals.

(1) WHAT ARE YOUR BEST ACCOMPLISHMENTS?

AS I LOOK BACK AT MY LIFE HELPING FAMILY AND OTHERS. THE LITTLE THINGS, LOVING MY MOTHER TAKING CARE OF HER WHEN THEIR WAS NO ONE ELSE, SPENDING THE LAST YEARS TOGETER WHEN THERE WAS NO ONE ELSE, THAT IS MY BEST ACCOMPLISHMENT TAKING CARE OF THE HELPLESS TO SERVE MY PENANCE.

(2) WHAT ARE YOUR BEST ATTRIBUTES?

IN THE REAL WORLD I LIKE TO BE WARM, FRIENDLY, LOYAL, DEPEDABLE, OPEN MINDED, THOUGHTFULL, WISE, MATURE, COURAGEOUS, OBSERVANT, PUNCTUAL, LOGICAL, SELF RELIANT, INDEPENDENT, PATIENT, PERCEPTIVE, AMBITIOUS RESPECTFUL, APPRECIATIVE

(3) WHAT HAVE YOU DONE THAT YOU ARE MOST PROUD OF?

TAKEING CARE OF MY MOM 8 YEARS BEFORE HER DEATH GAVE ME A APPRECIATION FO LIFE AND DEATH. I WASN'T THERE MOST OF MY LIFE SO I GAVE MINE TO HERS. MY MOM TOOK CARE OF ME WHEN I WAS YOUNG IT WAS THE LEAST I COULD DO.

(4) WHAT ARE MY SHORT TERM GOALS?

WELL IT WOULD BE NICE TO LEARN A REAL MARKETABLE SKILL THAT COULD BE USED TO LEAD TO REAL EMPLOYMENT. SOMETHING I COULD DO IN THE REAL WORLD.

(5) WHAT ARE YOUR LONG TERM GOALS?

WELL IF I DO GO TO PRISION I LOSE ALL MY HEALTH CARE, SO FIRST AND FOREMOST I WILL NEED TO RE ESTABLISH INSURANSE AND PAPERWORKS SINCE I WON'T HAVE A CAR AND I MAY NOT HAVE A HOME AND I WON'T BE TAKEING HALFWAY HOUSE (SINCE I CAN'T WALK GOOD TO LOOK FOR A JOB THATS ONLY IN GRAND RAPIDS) AT THAT TIME SINCE MY HEATH MAY BE MUCH WORSE I WILL MOST LIKELY FILE FOR DISABILITY WHICH WON'T BRING THE MONEY I NEED FOR THE FINES, FEES, AND RESTITUTION,

(6) WHY IS YOUR OFFENSE SERIOUS?

IT IS SERIOUS BECAUSE I BROKE SOMEONES TRUST.

→

(7) HOW WOULD LENIENCY PROMOTE YOUR RESPECT FOR THE LAW?

I HAVE KEPT OUT OF TROUBLE FOR ALMOST 30 YEARS.

I HAVE DONE FINE OVERSEAS WHERE I WAS RESPECTED AND HONORED FOR MY EXPERIENCE. MY ISSUE WAS NOT RESPECTING THE LAW BY THE DIRE ISSUE I WAS FACEING AT THE TIME. I JUST MADE A VERY BAD CHOICE.

(8) WHAT DO YOU BELIEVE TO BE A JUST PUNISHMENT FOR YOUR OFFENSE AND WHY?

I BELIEF IF YOU TAKE AWAY THE UNBELIEABLE AMOUNTS THE PROSECUTION IS CLAIMING AND USE THE AMOUNT I PLEAD GUILTY TO 43,000 THEN THE GUIDE LINES RELATE TO AROUD 12 MONTHS. I BELIEF HOME CONFINEMENT AND ARREST SHOULD BE FAIR AND JUST. I AM HOPEING TO FIND EMPLOYMENT SUITEABLE TO PAY THE RESTITUTION WITHIN THE TIME OF SENTENCE AND SUPERVISE RELEASED. THIS GIVES THE VICTIMS THE BEST WAY TO GET THE MONEY BACK QUICKLY.

(9) WHY WILL GIVING YOU LENIENCY PROTECT THE PUBLIC FROM FURTHER CRIMES BY YOU?

I'VE BEEN TRYING TO FIND A DECENT JOB IN THE LAST YEAR TO GET A HEAD START ON RESTITUTION, THINKING THIS WAS VERY EASY IT WAS NOT, SINCE I HAVE TO LOOK AT WHAT I CAN DO COMPLICATES ISSUES. HEALTH ISSUES AND MY LIFE HAS ~~CHANGED~~ CHANGED ~~DR~~ DRAMTICALLY. SINCE MY HEALTH FAILINGS I JUST WANT TO TAKE CARE OF MY RESPONSBILITIES AND LIVE THE REST OF LIFE OUT IN PEACE. I WILL NOT DO ANYTHING ELSE WRONG THE REST OF MY LIFE. I HAVE DONE VERY WELL ON BOND AN IT SHOULD BE A FINE EXAMPLE OF HOW I WILL ACCOMPLISH MY LIFE TASK.

(10) DO YOU NEED ~~EDUCATIONAL~~ EDUCATIONAL TRAINING? DO YOU NEED MEDICAL CARE?

YES I THINK SOMETHING I CAN DO IN A FIELD I CAN GET INTO THAT CAN BENEFIT ME WHERE I CAN PAY ALL MY PAYMENTS OFF. SEEMS BACKGROUND CHECKS ARE MY BIGGEST HORDLE SO I DEFINTLY NEED HELP IN THAT AREA.

IN MEDICAL CARE OF COURSE. I HAVE A PRIMARY DOCTOR, A CARDIOLOGIST AND A LIVER SPECIALIST. I SPEND ALOT TIME BETWEEN THEM AND I TRY TO TAKE MY MEDS AND FOLLOW ALL THE TESTS THEY ASK ME TO DO.

(11) WHY SHOULD THE JUDGE GIVE YOU A BREAK IN DETERMINING THE ~~SUFFICIN~~ SUFFICIENT BUT NOT GREATER ~~THA~~ THAN NECESSARY SENTANCE

FOR MY STUPIDITY IN ~~EARY~~ EARLY LIFE I LEARNED ALOT FOR THIRTY YEARS I'VE CARRIED THE ~~BURDE~~ BURDENS OF THOSE ERRORS IN LIFE. I HAD VERY HARD TIMES GETTING EMPLOYMENT EVEN TURNED DOWN FOR SCHOOLING. WHEN I OBTAINING EMPLOYMENT OVER SEAS IT CHANGED MY LIFE AS IT WAS BASED ON MY SKILL NOT MY PAST. WHEN I CAME BACK TO ~~TO~~ THE US I THOUGH ENOUGH TIME HAD PASSED BUT IT WAS WORSE SO I GAVE UP. MY ROCK (MY MOTHER) GOT SICK WITH DEMENTIA AND SHE BECAME WORSE PHYSICALY AND MENTALLY BEFORE MY EYES. AFTER SHE DIED MY BEST FRIEND WAS GONE AND I HAD TO PICK UP THE PIECES. ALL THE BILLS FUNERAL AND NURSING HOME JUST GOT WORSE. SO THAT LEAD ME TO THIS DARK TONNEL ~~AND~~ AND PLACE. I WISH I JUST I HAD A DECENT JOB I WOULD HAVE NEVER BEEN SO DESPERT AT THE TIME.

EVERY DAY I'VE ~~BEEN~~ DOING PENACE SINCE. I FEEL THE GREATEST SENTENCE IS FOR ME TO WORK AND PAY

MY RESPONSIBLITIES.

I FEEL THE GREATEST SENTANCE WOULD BE TO HAVE ME WORK AND FULL FILL THESE GOALS.