UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:22−cr−36

      v.                                Hon. Hala Y. Jarbou

BRYAN ALAN KENNERT,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 18, 2022   09:30 AM<br>*(previously set for October 19, 2022, at 9:00 AM)* |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

HALA Y. JARBOU
Chief United States District Judge

Dated:  October 4, 2022      By:   /s/ A. Seymore_____
                                       Judicial Assistant